**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

IN RE:  MARCANTONIO W. BARNES,

                  Debtor.                  Case No.  23-11190-KHK
                                                       Chapter 11

## NOTICE OF WITHDRAWAL OF NOTICE OF CHAPTER 11 PLAN DEFAULT

Newtek Small Business Finance, LLC ("Newtek") hereby withdraws its Notice of Chapter 11 Plan Default filed January 24, 2025 [Docket No. 131].

                                                **NEWETEK SMALL BUSINESS**
                                                **FINANCE, LLC**

                                                By:  */s/ Michael A. Condyles*
                                                              Counsel

---

**KUTAK ROCK LLP**
Michael A. Condyles (VSB # 23807)
Adolyn C. Wyatt (VSB # 97746)
1021 E Cary Street, Ste. 810
Richmond, VA  23219
(804) 644-1700
*Counsel to Newtek Small Business Finance, LLC*

4919-4874-9088.1

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court, I certify under penalty of perjury that on February 25, 2025 a true and exact copy of the foregoing document was served by CM/ECF and/or first-class mail, postage prepaid:

Daniel Press, Esq.
Chung & Press, P.C.
6718 Whittier Avenue, Ste. 200
McLean, VA  22101
  *Counsel to the Debtor*

Jack Frankel, Esq.
Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA  22314

/s/ *Michael A. Condyles*
Counsel

4919-4874-9088.1