**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**IN RE:  MARCANTONIO W. BARNES,**

| | |
|---|---|
| **Debtor.** | **Case No.  23-11190-KHK**<br>**Chapter 11** |

<u>**NOTICE OF CHAPTER 11 PLAN DEFAULT**</u>

Pursuant to the Plan of Reorganization for Small Business Under Chapter 11 (the "Plan") filed by Marcantonio Barnes (the "Debtor") on April 8, 2024 [Docket No. 100] and confirmed by an Order of Confirmation entered on May 17, 2024 [Docket No. 112], the Debtor is required to make certain Class H Plan regular monthly payments and quarterly cure payments (the "Payments") to Newtek Small Business Finance, LLC ("Newtek"), which it has failed to make. The Debtor's failure to make the Payments constitutes a default under the Plan.  Pursuant to the treatment of Newtek's Class H claim and the terms of the Plan, the Debtor has no right to cure the default since a previous default occurred by the Debtor within a rolling one-year period for which a Notice of Chapter 11 Plan Default was filed and properly served by Newtek on July 30, 2024 and on January 24, 2025.

**NEWETEK SMALL BUSINESS
FINANCE, LLC**


By:  */s/ Michael A. Condyles*
           Counsel

**KUTAK ROCK LLP**
Michael A. Condyles (VSB # 23807)
1021 E Cary Street, Ste. 810
Richmond, VA  23219
(804) 644-1700
*Counsel to Newtek Small Business Finance, LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court, I certify under penalty of perjury that on April 22, 2025 a true and exact copy of the foregoing document was served by CM/ECF and first-class mail, postage prepaid and, to the extent indicated below, certified mail, return receipt requested, to:

Daniel Press, Esq.
Chung & Press, P.C.
6718 Whittier Avenue, Ste. 200
McLean, VA  22101
  *Counsel to the Debtor*

Mr. Marcantonio W. Barnes
10367 Gershwin Court
Oakton, VA  22124
  (*via Certified Mail, Return Receipt Requested and Regular U.S. Mail, Postage Prepaid*)

Mr. Marcantonio W. Barnes
10590 Beach Mill Road
Great Falls, VA  22066
  (*via Certified Mail, Return Receipt Requested and Regular U.S. Mail, Postage Prepaid*)

Jack Frankel, Esq.
Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA  22314

/s/ *Michael A. Condyles*
Counsel

4920-0284-9593.1