IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 23-11190-KHK |
| MARCANTONIO W. BARNES, | ) | |
| | ) | Chapter 11 |
| | ) | (Subchapter V) |
| Debtor. | ) | |

NOTICE OF CHAPTER 11 PLAN DEFAULT

The United States of America, on behalf of the Internal Revenue Service ("IRS"), hereby files this Notice of Plan Default pursuant to the *Plan of Reorganization for Small Business Under Chapter 11* (the "Plan") filed by Debtor Marcantonio W. Barnes on April 8, 2024 (Dkt. No. 100) and confirmed by this Court on May 17, 2024 (Dkt. No. 112). Under the Plan's terms, the Debtor is required to make monthly, equal payments of $8,409 to the IRS. Plan at 12-16 (Ex. B Income/Expense Assumption Sheet). To date, the Debtor has not made any of these payments. Debtor's failure to make the monthly payments to the IRS constitutes a default under the Plan and shall constitute a Material Default unless the Debtor within 30 calendar days after receiving this Notice either (1) cures the default or (2) obtains from the Court or the IRS an extension of time to cure the default, or a determination that no default occurred. Plan at 31 (Ex. F – Definitions and Rules of Construction at sec. 1.34).

Matthew J. Troy
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (7034) 299-3712
E-Mail: matthew.troy@usdoj.gov
Counsel for the United States of America
*Appearing pursuant to 28 U.S.C. § 517*

DATED: May 5, 2025

                Respectfully submitted,

                ERIK S. SIEBERT
                UNITED STATES ATTORNEY

                By:    */s/ Matthew J. Troy*
                          Matthew J. Troy
                          Assistant United States Attorney
                          Gerard Mene
                          Deputy Civil Chief

## CERTIFICATE OF SERVICE

I hereby certify a copy of foregoing will be filed with the United States Bankruptcy Court electronically in the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby certify that I have on this date served the foregoing upon all interested parties to this proceeding, by causing true and correct copies thereof to be placed in the United States mail, postage prepaid, addressed as follows:

Marcantonio W. Barnes
10367 Gershwin Ct
Oakton, VA 22124

Marcantonio Barnes
10590 Beach Mill Road
Great Falls, VA 22066

Date: May 5, 2025

/s/ *Matthew J. Troy*