**KUTAK ROCK LLP**
Michael A. Condyles (VSB No. 27807)
Craig B. Young (VSB No. 22633)
1021 East Cary Street, Ste. 810
Richmond, VA 23219
(804) 343-5227
  *Counsel Newtek Small Business Finance, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

IN RE: MARCANTONIO W. BARNES,

                **Debtor.**                             Case No. 23-11190-KHK

                                                             **Chapter 11**

**MOTION TO DISMISS OR IN THE ALTERNATIVE CONVERT BANKRUPTCY CASE AND MEMORANDUM IN SUPPORT THEREOF**

Newtek Small Business Finance, LLC ("Newtek"), by counsel, moves the Court pursuant to 11 U.S.C. § 1112(b) to dismiss or, in the alternative, to convert Marcantonio W. Barnes' chapter 11 bankruptcy case, and in support thereof, states as follows:

1. On July 25, 2023 (the "Filing Date"), Marcantonio W. Barnes (the "Debtor") filed a voluntary chapter 11 petition in this Court.

2. Marc E. Albert, Esq. was appointed Chapter 11 Subchapter V Trustee in this case and filed on July 15, 2024 a Chapter 11 Subchapter V Trustee's Report of No Distribution [Docket No. 122], wherein he certified that his administration of the estate has been completed and requested he be discharged of his duties as trustee.

**Jurisdiction**

3. This matter is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. § 1334 and 28 U.S.C. §157.

4. Venue lies properly in this Court pursuant to 28 U.S.C. §1409.

4936-3773-8303.1

**Background**

5.     The Debtor's Chapter 11 Plan Small Business Subchapter V (the "Plan") was filed on April 8, 2024 [Docket No. 100] and was confirmed by the entry of an Order Confirming Plan on May 17, 2024 [Docket No. 112].

6.     On or about February 9, 2022, Safetypawz LLC executed a Note in favor of Newtek in the original principal amount of $450,000.00, together with all amendments, renewals, and consolidations (the "Note").

7.     The Debtor guaranteed the Note pursuant to an Unconditional Guarantee of the same date (the "Guarantee").

8.     The Note and Guarantee are secured by, among other things, that certain Deed of Trust also dated February 9, 2022 (the "Deed of Trust" and together with the Note, Guaranty, and any related loan documents, the "Loan Documents") granting Newtek a second lien on the Debtor's real property commonly known as 10590 Beach Mill Road, Great Falls, Virginia 22066 (the "Real Estate").

9.     The Plan provides that Newtek maintains a fully secured claim on account of its proof of claim number 10 (the "Newtek Claim") filed in the case in the amount of $437,637.84 and that the claim will be paid in accordance with the Loan Documents, which call for the payment of regular monthly payments as set forth therein (the "Monthly Payments"). The Plan further provides that past due arrearage under the Newtek Claim will be paid in 20 equal quarterly installments over the 5 year term of the Plan (the "Quarterly Arrearage Payment").

10.    The Debtor failed to make the first Monthly Payment and Quarterly Arrearage Payment that was due under the Plan on July 1, 2025, which resulted in the occurrence of a plan default and the filing by Newtek of a Notice of Chapter 11 Plan Default (the "First Default

Notice") on July 30, 2024 [Docket No. 125]. The Debtor subsequently cured the default as allowed under the Plan.

11. After making the payments needed to cure the default under the Plan reflected by the First Default Notice, the Debtor made Monthly Payments and Quarterly Arrearage Payments sporadically thereafter, which resulted in Newtek filing its second Notice of Chapter 11 Plan Default (the "Second Default Notice") on January 24, 2025 [Docket No. 131].

12. Although the Debtor had no right under the Plan to cure the default since a previous default occurred by the Debtor within a rolling one-year period, Newtek allowed the Debtor to catch up the past due payments related to the Second Default Notice.

13. After making the payments needed to cure the default under the Plan reflected by the Second Default Notice, the Debtor failed to make any further Monthly Payments or Quarterly Arrearage Payments thereafter and Newtek filed its third Notice of Chapter 11 Plan Default on April 22, 2025 (the "Third Default Notice") [Docket No. 133].

14. Although the Debtor had no right under the Plan to cure the default since a previous default occurred by the Debtor within a rolling one year period, Newtek gave the Debtor until May 1, 2025 to catch up the past due payments related to the Third Default Notice, but despite this opportunity, the Debtor failed to make the past due payments due Newtek under the Plan.

15. The Debtor has also failed to pay 2024 real estate taxes for the first and second half of the year due on July 28, 2024 and December 5, 2024, respectively, that are owed on the Real Estate and that came due since the confirmation of the Plan. These amounts, with interest and penalties, equal not less than $8,042.93 due for the first half of 2024 and $13,551.53 for the second half of 2024, for a total of not less than $21,595.45. The failure to pay these taxes

3

constitutes a further default under the Loan Documents and under the Plan. Interest and penalties continue to accrue on these amounts.

16. The Debtor has also failed to pay the past due taxes that came due before the confirmation of the Plan for the tax years 2022 and 2023, which, with penalties and interest, are not less than $18,602.27, with penalties and interest continuing to accrue. In total the past taxes, penalties and interest for the years 2022 through 2024 are not less than $40,197.72, with penalties and interest continuing to accrue.

17. On information and belief, based on information obtained from the Fairfax County, Virginia Department of Tax Administration, certain of the past due real estate taxes have been referred to a collection attorney and additional fees have been assessed as a lien on the Real Estate, thereby creating a further default under the Loan Documents and the Plan.

18. As reflected by a Notice of Chapter 11 Plan Default filed by the Internal Revenue Service (the "IRS Default Notice") on May 5, 2025 [Docket No. 134], the Internal Revenue Service asserts the Debtor has also defaulted under the Plan as a result of its failure to make any of the monthly payments of $8,409 due the under the Plan since its confirmation.

## Grounds for Relief

19. The Debtor's numerous defaults that have occurred under the Plan constitute material defaults for which cause exists for dismissing or, in the alternative, converting the case pursuant to United States Bankruptcy Code (the "Bankruptcy Code") section 1112(b)(1) and (4)(N).

20. Based on the foregoing, cause exists for dismissing the Debtor's bankruptcy case or, in the alternative, converting the Debtor's case to a case under chapter 7 of the Bankruptcy Code.

**WHEREFORE**, Newtek respectfully requests that the Court enter an order dismissing the Debtor's bankruptcy case or, in the alternative, converting it to a case under chapter 7 of the Bankruptcy Code and granting such further relief as may be deemed appropriate.

Dated:  May 8, 2025  **NEWTEK SMALL BUSINESS FINANCE, LLC**

By: */s/ Michael A. Condyles*
                            Counsel

**KUTAK ROCK LLP**
Michael A. Condyles (VSB No. 27807)
Craig B. Young (VSB No. 22633)
1021 East Cary Street, Ste. 810
Richmond, VA  23219
(804) 343-5227
  *Counsel Newtek Small Business Finance, LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that on May 8, 2025, I served a copy of this document by first class mail, postage prepaid on the following necessary parties, including all creditors and parties in interest as follows:

Daniel Press, Esq.
Chung & Press, P.C.
6718 Whittier Avenue, Ste. 200
McLean, VA 22101
   *Counsel to the Debtor*

Marc Elliott Albert, Trustee
Stinson LLP
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006

Jack Frankel, Esq.
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

American Express
PO Box 297871
Fort Lauderdale, FL 33329

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Barry Spear, Esq. (Nationstar)
BWW Law Group, LLC
8100 Three Chopt Rd., Suite 240
Richmond, VA 23229

Bryson J. Hunter, Esq. (Carter Bank)
Spilman Thomas & Battle, PLLC
310 First Street, Suite 1100 (24011)
PO Box 90
Roanoke, VA 24002

Peter M. Pearl, Esq. (Carter Bank)
Spilman Thomas & Battle, PLLC
310 First Street, Suite 1100 (24011)
PO Box 90
Roanoke, VA 24002

Camba LLC
12647 Belleflower Lane
Fredericksburg, VA 22407

Capital One N.A.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Carter Bank & Trust
320 College Dr
Martinsville, VA 24112

Carter Bank & Trust
Spilman Thomas & Battle, PLLC
310 First Street, Suite 1100
Roanoke, VA 24011

Citibank NA
PO Box 6241
Sioux Falls, SD 57117

Fairfax County
Office of the County Attorney
12000 Govt. Center Parkway, Suite 549
Fairfax, VA 22035

Fairfax County Department of Tax Admin.
12000 Government Center Pkwy
Fairfax, VA 22035

Fayez Goriup McRae PLLC
4084 University Drive Suite 208
Fairfax, VA 22030

German Kitchen Center
1010 Wisconsin Avenue, NW Suite 200
Washington, DC 20007

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James E Johnson
Virginia Johnson
11654 Plaza American Dr. #755
Reston, VA 20190

Jonathan B. Vivona, Esq. (Witt)
601 King Street, Suite 400
Alexandria, Virginia 22314

4936-3773-8303.1

Lafayette Federal Credit Union
c/o Silverman Theologou, LLP
11200 Rockville Pike, Suite 520
N. Bethesda, MD 20852

Lafayette Federal Credit Union
2701 Tower Oaks Boulevard
Rockville, MD 20852

Mach Rico Floors
6665 Old Dominion Dr
McLean, VA 22101

Mr. Cooper
800 State Hwy 121 Bypass
Lewisville, TX 75067

Nationstar Mortgage LLC
Robertson, Anschutz, Schneid, Crane
13010 Morris Road, Suite 450
Alpharetta, GA 30004

Nationstar Mortgage LLC
Aldridge Pite, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Ste 700
Atlanta, GA 30305

Nationstar Mortgage LLC
RAS Crane & Partners, PLLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852

Nationstar Mortgage, LLC
c/o Nationstar Mortgage LLC
Attn: Bankruptcy Dept.
PO Box 619096
Dallas, TX 75261-9741

Nelnet
P.O. Box 82561
Lincoln, NE 68501

Bradley M. Barna, Esq. (Oak Manor)
Chadwick, Washington, Moriarty Elmore & Bunn, PC
3201 Jermantown Road, Suite 600
Fairfax, VA 22030

Matthew J. Troy, Esq. (IRS)
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

Office of the US Attorney
2100 Jamieson Ave
Alexandria, VA 22314

Offit Kurman, P.C.
7021 Gateway Drive, Suite 200
Columbia, MD 21046

Offitt Kurman
7021 Columbia Gateway Drive, Suite 200
Columbia, MD 21046

Paul Riggs
36804 Sawmill Ln
Hillsbboro, VA 20132

Pesner Altmiller, Esq.
Melnick Demers & Steele PLC
8000 Westpark Drive, Suite 600
McLean, VA 22102

Porcelainosa
600 Route 17 North
Ramsey, NJ 07446

Ras LaVrar
4012 Raintree Rd
Chesapeake, VA 23321

Steven B. Ramsdell, Esq. (Coelho)
Tyler, Bartl & Ramsdell, P.L.C.
300 N. Washington St., Suite 310
Alexandria, VA 22314

Regiane Coelho
1363 N 31st Apt 417
Philadelphia, PA 19121

Safetypawz, LLC
11110 Sunset Hills Road #3260
Reston, VA 20195

Synchrony Bank
PO Box 965005
Orlando, FL 32896

Synchrony Bank
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Synchrony Bank
PO Box 965036
Orlando, FL 32896

TD Bank
13531 E Caley Ave
Englewood, CO 80111

7

4936-3773-8303.1

Tenaglia & Hunt
9211 Corporate Blvd., Suite 130
Rockville, MD 20850

Truist Bank
PO Box 1874
Wilson, NC 27894

Truist Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286

U.S. Attorney Office
Courthouse Square
2100 Jamieson Avenue
Alexandria, VA 22314

US Department of Education
PO Box 7860
Madison, WI 53707

Valley View Exteriors
8381 Jill Brenda Court
Manassas, VA 20112

Valley View Exteriors
8381 Jill Brenda Court
Manassas, VA 20112

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Wells Fargo
PO Box 14517
Des Moines, IA 50306

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Witt & Co LLC
4445 Corporation Lane, Ste 264
Virginia Beach, VA 23462

Woodbridge Glass
14312 Richmond Hwy
Woodbridge, VA 22191

/s/ Michael A. Condyles
                Counsel

4936-3773-8303.1