**KUTAK ROCK LLP**
Michael A. Condyles (VSB # 23807)
Adolyn C. Wyatt (VSB # 97746)
1021 E Cary Street, Suite 810
Richmond, Virginia 23219
(804) 644-1700
*Counsel to Newtek Bank, National Association*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**IN RE: MARCANTONIO W. BARNES,**

        **Debtor.**          **Case No. 23-11190-KHK**
                                           **Chapter 11**

## NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY

**PLEASE TAKE NOTICE** that Adolyn C. Wyatt hereby withdraws her appearance as counsel for Newtek Bank, National Association (the "Creditor"). For the avoidance of doubt, this withdrawal is as to the individual attorney only. All other counsel of record will continue representation of the Creditor hereafter.

                                      **NEWTEK BANK, NATIONAL ASSOCIATION**

                                      By:  */s/ Adolyn C. Wyatt*
                                              Counsel

Michael A. Condyles (VSB No. 27807)
Adolyn C. Wyatt (VSB No. 97746)
**KUTAK ROCK LLP**
1021 E. Cary Street, Ste. 810
Richmond, Virginia 23219-4071
Telephone:   (804) 644-1700
Facsimile:    (804) 783-6192
michael.condyles@kutakrock.com
adolyn.wyatt@kutakrock.com
*Counsel to Newtek Bank, National Association*

4918-8271-3667.1

## **CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury that on May 14, 2025, a true copy of the foregoing was served via the Court's CM/ECF system upon all necessary parties receiving electronic notices in this case.

                                        */s/ Adolyn C. Wyatt*

4918-8271-3667.1