## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

MARCANTONIO W. BARNES

             *  Case No: BK-23-11190-KHK
             *  Chapter 11 (Sub V)
  Debtor(s)       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### WITHDRAWAL OF DOCUMENT

Marc E Albert, Chapter 7 Trustee, hereby requests the withdrawal of the Notice of Resignation as Trustee filed on June 3nd 2025. The Notice of Resignation was filed in error.

            Respectfully submitted,

            /s/ Marc E Albert_____
            Marc E Albert
            1775 Pennsylvania Ave, NW
            Suite 800
            Washington, DC 20006
            (202) 785-9100