**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**<u>CHANGE OF ADDRESS</u>**

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☐ Debtor
New address is for:  ☐ Both Debtors
 ☐ Debtor 1 Only
 ☐ Debtor 2 Only

☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor 1's DeBN account number  _____
Debtor 2's DeBN account number  _____

☐ Attorney [If Applicable:] Name: _____
☑ Creditor [If Applicable:] Name: Newtek Small Business Finance, LLC

*[If applicable]* Case Name: Marcantonio W. Barnes
*[If applicable]* Case No./Adversary Proceeding No.: 23-11190-KHK

☑ Street Address   ☑ Mailing Address
New Address: 4800 T-Rex Avenue, Ste. 120
     No. and Street, Apt., P. O. Box or R. D. No.
City: Boca Raton    State: FL    Zip: 33431

☑ Street Address   ☑ Mailing Address
Old Address: 1981 Marcus Avenue, Ste. 130
     No. and Street, Apt., P. O. Box or R. D. No.
City: Lake Success    State: NY    Zip: 11042
Telephone Number: ( 516 ) 344-4203
**Please include area code**

/s/ Michael A. Condyles
Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
☑ Creditor
☑ Attorney

Date: June 9, 2025
pc:    Trustee
       United States Trustee
       Creditor (for creditor's change of address)

[changead ver. 12/17]