**KUTAK ROCK LLP**
Michael A. Condyles (VSB No. 27807)
Craig B. Young (VSB No. 22633)
1021 East Cary Street, Ste. 810
Richmond, VA  23219
(804) 343-5227
*Counsel Newtek Small Business Finance, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**IN RE:  MARCANTONIO W. BARNES,**

               **Debtor.**                       **Case No.  23-11190-KHK**

                                           **Chapter 11**

**ORDER DISMISSING DEBTOR'S CHAPTER 11 BANKRUPTCY CASE**

Upon the motion (the "Motion") of Newtek Small Business Finance, LLC ("Newtek"), for the entry of an order (the "Order") pursuant to 11 U.S.C. § 1112(b) to dismiss or, in the alternative, convert Marcantonio W. Barnes' (the "Debtor") chapter 11 bankruptcy case; it appearing that cause exists to grant the Motion and dismiss the Debtor's bankruptcy case and that such relief is just and proper for the reasons stated by the Court at the hearing on the Motion, and for good cause shown; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; proper notice of the Motion having been provided to all necessary and appropriate parties, and no further notice being necessary; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED and DECREED** that

1.     The Motion is granted.

2.     The above-captioned case shall be, and hereby is, dismissed.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. Notwithstanding the dismissal of this case, the Debtor shall pay the Sub Chapter V Trustee's (the "Trustee") unpaid fees and expenses of $4,346.59 and the Debtor shall not be entitled to file any subsequent bankruptcy before the repayment of such amounts.

5. The Trustee's duties shall be, and hereby are, terminated and his services as Trustee are discharged.

6. The parties to receive notice of the entry of this order pursuant to Local Rule 9022-1(B) shall be those that endorsing the order below.

Jun 25 2025

Dated: Jun 25 2025
_____
Alexandria, Virginia

/s/ Klinette H Kindred
_____
United States Bankruptcy Judge

We ask for this:

/s/ Michael A. Condyles
_____
**KUTAK ROCK LLP**
Michael A. Condyles (VSB No. 27807)
Craig B. Young (VSB No. 22633)
1021 East Cary Street, Ste. 810
Richmond, VA  23219
(804) 343-5227
michael.condyles@kutakrock.com
 *Counsel Newtek Small Business Finance, LLC*

2

Seen and Agreed:

*/s/ Bryson J. Hunter*
Peter M. Pearl, Esquire (VSB #22344)
Bryson J. Hunter (VSB #46988)
Timothy J. Lovett (VSB #97438)
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, Virginia 24002
Telephone: (540) 512-1832
Facsimile: (540) 342-4480
ppearl@spilmanlaw.com
bhunter@spilmanlaw.com
tlovett@spilmanlaw.com
  *Counsel to Carter Bank & Trust*

Seen and not objected to:

*/s/ Brad D. Jones*
Marc E. Albert, Esq (VSB# 26096)
Brad D. Jones, Esq. (VSB # 85095)
Stinson LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006
Telephone: (202) 728-3020
Fax: (202) 572-9999
marc.albert@stinson.com
brad.jones@stinson.com
  *Chapter 11 Subchapter V Trustee*


Seen and objected to:

*/s/ Daniel M. Press*
Daniel M. Press (VSB# 37123)
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
  *Counsel for Debtor*

4936-3773-8303.1

## CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify under penalty of perjury that the foregoing proposed order has been endorsed by all necessary parties.

*/s/ Michael A. Condyles*
Counsel

4936-3773-8303.1