**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 23−11190−KHK
**Chapter** 11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marcantonio W Barnes
10367 Gershwin Ct
Oakton, VA 22124

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−8808

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

### NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on June 25, 2025 dismissing the above−captioned case.

Dated:  June 25, 2025                                                           For the Court,

                                                                                                Charri S Stewart, Clerk
[VAN015vDec2009.jsp]                                                   United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re: Case No. 23-11190-KHK

Marcantonio W Barnes    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: halllinda | Page 1 of 4 |
| Date Rcvd: Jun 25, 2025 | Form ID: VAN015 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Marcantonio W Barnes, 10367 Gershwin Ct, Oakton, VA 22124-2547 |
| tr | + | Marc Elliott Albert, Stinson LLP, 1775 Pennsylvania Avenue, NW, Suite 800, Washington, DC 20006-4760 |
| cr | | Carter Bank & Trust, c/o Bryson J. Hunter, Esq., Spilman Thomas & Battle, PLLC, P.O. Box 90, Roanoke, VA 24002-0090 |
| cr | + | Nationstar Mortgage LLC, 8100 Three Chopt Rd., Suite 240, Richmond, VA 23229-4833 |
| cr | #+ | Newtek Small Business Finance, LLC, c/o Michael A. Condyles, Esq., Kutak Rock LLP, 901 East Byrd Street, Suite 1000 Richmond, VA 23219-4071 |
| cr | + | Oak Manor Homeowners Association, c/o Chadwick, Washington, et al., 3201 Jermantown Rd., Suite 600, Fairfax, VA 22030-2879 |
| cr | + | United States of America, USAO EDVA, 2100 Jamieson Avenue, Alexandria, va 22314-5702 |
| cr | + | Witt & Co., LLC, c/o Vivona Pandurangi, PLC, 601 King Street, Ste 400, Alexandria, VA 22314-3151 |
| 16192273 | + | Camba LLC, 12647 Belleflower Lane, Fredericksburg, VA 22407-6614 |
| 16193347 | + | Carter Bank & Trust, Spilman Thomas & Battle, PLLC, 310 First Street, Suite 1100, Roanoke, VA 24011-1916 |
| 16304775 | | Fairfax County, Office of the County Attorney, 12000 Govt. Center Parkway, Suite 549, Fairfax, VA 22035 |
| 16192277 | + | Fayez Goriup McRae PLLC, 4084 University Drive Suite 208, Fairfax, VA 22030-6803 |
| 16214393 | + | German Kitchen Center, 1010 Wisconsin Avenue, NW Suite 200, Washington, DC 20007-3683 |
| 16192279 | +++ | James E Johnson, Virginia Johnson, 11654 Plaza American Dr. #755, Reston, VA 20190-4700 |
| 16736517 | + | Mach & Rico Floors, Samek & Flynn LLC, Roger C Samek Esq, 2000 Tower Oaks Blvd., Suite 440, Rockville, MD 20852-4389 |
| 16214394 | + | Mach Rico Floors, 6665 Old Dominion Dr, McLean, VA 22101-4518 |
| 16222190 | + | Nationstar Mortgage LLC, RAS Crane & Partners, PLLC, 11900 Parklawn Drive, Suite 310, Rockville, MD 20852-2893 |
| 16192283 | + | Newtek Small Business Finance, 4800 T-Rex Avenue Suite 120, Boca Raton, FL 33431-4479 |
| 16193528 | | Newtek Small Business Finance, LLC, Kutak Rock LLP, 901 East Byrd Street, Suite 1000, Richmond, VA 23219-4071 |
| 16235136 | # | Newtek Small Business Finance, LLC, c/o Michael A. Condyles, Esq., Kutak Rock LLP, 901 E Byrd Street, Ste. 1000, Richmond, VA 23219-4071 |
| 16192284 | + | Oak Manor Home Owners Association, Chadwick, Washington, Moriarty, Elmore,, 3201 Jermantown Road Suite 600, Fairfax, VA 22030-2879 |
| 16208419 | + | Oak Manor Homeowners Association, Chadwick, Washington, Moriarty, Elmore & Bunn, PC, 3201 Jermantown Road, Suite 600, Fairfax, VA 22030-2879 |
| 16202492 | + | Offit Kurman, P.C., 7021 Gateway Drive, Suite 200, Columbia, MD 21046-2967 |
| 16192286 | + | Offitt Kurman, 7021 Columbia Gateway Drive, Suite 200, Columbia, MD 21046-2967 |
| 16192288 | + | PESNER ALTMILLER MELNICK DEMERS & STEELE PLC, 8000 Westpark Drive, Suite 600, McLean, VA 22102-3115 |
| 16192287 | + | Paul Riggs, 36804 Sawmill Ln, Hillsbboro, VA 20132-2646 |
| 16214395 | + | Porcelainosa, 600 Route 17 North, Ramsey, NJ 07446-2017 |
| 16192290 | + | Regiane Coelho, 1363 N 31st Apt 417, Philadelphia, PA 19121-4566 |
| 16736319 | + | Regiane Coelho, 4701 Willard Ave., Apt. #1708, Chevy Chase, MD 20815-4634 |
| 16237789 | + | Regiane Coelho, Tyler, Bartl & Ramsdell, P.L.C., 300 N. Washington St., Suite 310, Alexandria, VA 22314-2530 |
| 16192291 | + | Safetypawz, LLC, 11110 Sunset Hills Road #3260, Reston, VA 20195-8057 |
| 16192296 | + | Truist Bank, PO Box 1874, Wilson, NC 27894-1874 |
| 16192298 | + | Valley View Exteriors, 8381 Jill Brenda Court, Manassas, VA 20112-3569 |
| 16192300 | + | Witt & Co LLC, 4445 CORPORATION LANE, STE 264, Virginia Beach, VA 23462-3671 |
| 16192301 | + | Woodbridge Glass, 14312 Richmond Hwy, Woodbridge, VA 22191-2716 |

TOTAL: 35

| District/off: 0422-9 | User: halllinda | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: VAN015 | Total Noticed: 62 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16192272 | + | Email/PDF: bncnotices@becket-lee.com | Jun 26 2025 01:25:31 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 16218534 | | Email/PDF: bncnotices@becket-lee.com | Jun 26 2025 01:25:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16192274 | | Email/Text: bankruptcy@CBTcares.com | Jun 26 2025 01:06:00 | Carter Bank & Trust, 320 College Dr, Martinsville, VA 24112 |
| 16204406 | + | EDI: AIS.COM | Jun 26 2025 04:57:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16192275 | + | EDI: CITICORP | Jun 26 2025 04:57:00 | Citibank NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 16192276 | + | Email/Text: john.burton@fairfaxcounty.gov | Jun 26 2025 01:07:00 | Fairfax County Department of Tax Administrati, 12000 Government Center Pkwy, Fairfax, VA 22035-0002 |
| 16192278 | | EDI: IRS.COM | Jun 26 2025 04:57:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16192280 | + | Email/Text: rthompson@lfcu.org | Jun 26 2025 01:07:00 | Lafayette Federal Credit Union, 2701 Tower Oaks Boulevard, Rockville, MD 20852-4235 |
| 16213102 | + | Email/Text: bankruptcy@silvermanlegal.com | Jun 26 2025 01:06:00 | Lafayette Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 16192281 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 26 2025 01:06:00 | Mr. Cooper, 800 State Hwy 121 Bypass, Lewisville, TX 75067-4180 |
| 16244095 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 26 2025 01:06:00 | Nationstar Mortgage, LLC, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9741 |
| 16221185 | + | Email/Text: RASEBN@raslg.com | Jun 26 2025 01:06:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 16196759 | + | Email/Text: ecfbnc@aldridgepite.com | Jun 26 2025 01:06:00 | Nationstar Mortgage LLC, Aldridge Pite, LLP, Six Piedmont Center, 3525 Piedmont Road, N.E., Ste 700, Atlanta, GA 30305-1608 |
| 16192282 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 26 2025 01:07:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 16192285 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jun 26 2025 01:06:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 16192289 | + | Email/Text: bknotice@raslavrar.com | Jun 26 2025 01:06:00 | Ras LaVrar, 4012 Raintree Rd, Chesapeake, VA 23321-3741 |
| 16192293 | + | EDI: SYNC | Jun 26 2025 04:57:00 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 16192292 | + | EDI: SYNC | Jun 26 2025 04:57:00 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 16243028 | + | EDI: AISACG.COM | Jun 26 2025 04:57:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16192294 | + | Email/Text: bnc@nordstrom.com | Jun 26 2025 01:06:49 | TD Bank, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 16192295 | + | Email/Text: ClericalSupport@tenagliahunt.com | Jun 26 2025 01:06:00 | Tenaglia & Hunt, 9211 Corporate Blvd., Suite 130, Rockville, MD 20850-3873 |
| 16243964 | + | Email/Text: bankruptcy@bbandt.com | Jun 26 2025 01:06:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

| Recip ID | Bypass | Email/Method | Date | Recipient |
|---|---|---|---|---|
| 16192592 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Jun 26 2025 01:06:00 | U.S. Attorney Office, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 16192297 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 26 2025 01:07:00 | US Department of Education, PO Box 7860, Madison, WI 53707-7860 |
| 16237174 | + | EDI: AIS.COM | Jun 26 2025 04:57:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16192299 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 26 2025 01:25:21 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 16218284 |   | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 26 2025 01:25:23 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Nationstar Mortgage LLC |
| cr |  | Nationstar Mortgage LLC |
| cr |  | Regiane Coelho |
| cr | *+ | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 16742316 | *+ | Newtek Small Business Finance LLC, 4800 T-Rex Avenue, Ste. 120, Boca Raton, FL 33431-4479 |
| 16214396 | *+ | Valley View Exteriors, 8381 Jill Brenda Court, Manassas, VA 20112-3569 |
| cr | ##+ | James Johnson, 11699 Bennington Woods Road, Reston, VA 20194-1613 |
| cr | ##+ | Virginia E Johnson, 11699 Bennington Woods Road, Reston, VA 20194-1613 |

TOTAL: 3 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry W. Spear | on behalf of Creditor Nationstar Mortgage LLC Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Barry W. Spear | on behalf of Creditor Nationstar Mortgage LLC Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Bradley M. Barna | on behalf of Creditor Oak Manor Homeowners Association bbarna@chadwickwashington.com |
| Brian K Jordan | on behalf of Creditor Nationstar Mortgage LLC bkecfinbox@aldridgepite.com bjordan@ecf.inforuptcy.com |
| Bryson J. Hunter | on behalf of Creditor Carter Bank & Trust bhunter@spilmanlaw.com mguilliams@spilmanlaw.com |

District/off: 0422-9 | User: halllinda | Page 4 of 4
Date Rcvd: Jun 25, 2025 | Form ID: VAN015 | Total Noticed: 62

Christopher M McDermott
    on behalf of Creditor Nationstar Mortgage LLC bkecfinbox@aldridgepite.com  CMM@ecf.inforuptcy.com

Daniel M. Press
    on behalf of Debtor Marcantonio W Barnes dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Jack Frankel
    on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Jonathan Baird Vivona
    on behalf of Creditor Witt & Co.  LLC jvivona@vpbklaw.com, notices@vpbklaw.com

Keith M. Yacko
    on behalf of Creditor Nationstar Mortgage LLC keiyacko@raslg.com  ecfnotifications@mtglaw.com;kyacko@mtglaw.com

Marc Elliott Albert
    marc.albert@stinson.com  porsche.barnes@stinson.com;malbert@ecf.axosfs.com

Matthew J. Troy
    on behalf of Creditor United States of America matthew.troy@usdoj.gov  USAVAE.ALX.ECF.CIVIL@usdoj.gov

Matthew W. Cheney
    ustpregion04.ax.ecf@usdoj.gov

Michael A. Condyles
    on behalf of Creditor Newtek Small Business Finance  LLC michael.condyles@kutakrock.com,
    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Peter M. Pearl
    on behalf of Creditor Carter Bank & Trust ppearl@spilmanlaw.com  scormany@spilmanlaw.com

Steven B. Ramsdell
    on behalf of Creditor Regiane Coelho sramsdell@tbrclaw.com  asemerjian@tbrclaw.com

TOTAL: 16