**KUTAK ROCK LLP**
Michael A. Condyles (VSB No. 27807)
Craig B. Young (VSB No. 22633)
1021 East Cary Street, Ste. 810
Richmond, VA 23219
(804) 343-5227
  *Counsel Newtek Small Business Finance, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE: MARCANTONIO W. BARNES,

                **Debtor.**                  Case No. 23-11190-KHK

                                          Chapter 11

## ORDER DISMISSING DEBTOR'S CHAPTER 11 BANKRUPTCY CASE

Upon the motion (the "Motion") of Newtek Small Business Finance, LLC ("Newtek"), for the entry of an order (the "Order") pursuant to 11 U.S.C. § 1112(b) to dismiss or, in the alternative, convert Marcantonio W. Barnes' (the "Debtor") chapter 11 bankruptcy case; it appearing that cause exists to grant the Motion and dismiss the Debtor's bankruptcy case and that such relief is just and proper for the reasons stated by the Court at the hearing on the Motion, and for good cause shown; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; proper notice of the Motion having been provided to all necessary and appropriate parties, and no further notice being necessary; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED and DECREED** that

    1.    The Motion is granted.

    2.    The above-captioned case shall be, and hereby is, dismissed.

4936-3773-8303.1

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. Notwithstanding the dismissal of this case, the Debtor shall pay the Sub Chapter V Trustee's (the "Trustee") unpaid fees and expenses of $4,346.59 and the Debtor shall not be entitled to file any subsequent bankruptcy before the repayment of such amounts.

5. The Trustee's duties shall be, and hereby are, terminated and his services as Trustee are discharged.

6. The parties to receive notice of the entry of this order pursuant to Local Rule 9022-1(B) shall be those that endorsing the order below.

Jun 25 2025

Dated: Jun 25 2025              /s/ Klinette H Kindred
Alexandria, Virginia            United States Bankruptcy Judge

We ask for this:

/s/ *Michael A. Condyles*
**KUTAK ROCK LLP**
Michael A. Condyles (VSB No. 27807)
Craig B. Young (VSB No. 22633)
1021 East Cary Street, Ste. 810
Richmond, VA  23219
(804) 343-5227
michael.condyles@kutakrock.com
 *Counsel Newtek Small Business Finance, LLC*

2

4936-3773-8303.1

Seen and Agreed:

*/s/ Bryson J. Hunter*
Peter M. Pearl, Esquire (VSB #22344)
Bryson J. Hunter (VSB #46988)
Timothy J. Lovett (VSB #97438)
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, Virginia 24002
Telephone: (540) 512-1832
Facsimile: (540) 342-4480
ppearl@spilmanlaw.com
bhunter@spilmanlaw.com
tlovett@spilmanlaw.com
  *Counsel to Carter Bank & Trust*

Seen and not objected to:

*/s/ Brad D. Jones*
Marc E. Albert, Esq (VSB# 26096)
Brad D. Jones, Esq. (VSB # 85095)
Stinson LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006
Telephone: (202) 728-3020
Fax: (202) 572-9999
marc.albert@stinson.com
brad.jones@stinson.com
  *Chapter 11 Subchapter V Trustee*


Seen and objected to:

*/s/ Daniel M. Press*
Daniel M. Press (VSB# 37123)
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com
  *Counsel for Debtor*

3

4936-3773-8303.1

### CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify under penalty of perjury that the foregoing proposed order has been endorsed by all necessary parties.

                                        _/s/ Michael A. Condyles_
                                                Counsel

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 23-11190-KHK |
| Marcantonio W Barnes | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: halllinda | Page 1 of 2 |
| Date Rcvd: Jun 25, 2025 | Form ID: pdford6 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

**Recip ID         Recipient Name and Address**
+ Brad D. Jones, Esq., 1775 Pennsylvania Avenue NW, Suite 800, Washington, DC 20006-4760

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 27, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

**Name            Email Address**

Barry W. Spear
          on behalf of Creditor Nationstar Mortgage LLC Barry.Spear@bww-law.com  bankruptcy@bww-law.com

Barry W. Spear
          on behalf of Creditor Nationstar Mortgage LLC Barry.Spear@bww-law.com  bankruptcy@bww-law.com

Bradley M. Barna
          on behalf of Creditor Oak Manor Homeowners Association bbarna@chadwickwashington.com

Brian K Jordan
          on behalf of Creditor Nationstar Mortgage LLC bkecfinbox@aldridgepite.com  bjordan@ecf.inforuptcy.com

Bryson J. Hunter
          on behalf of Creditor Carter Bank & Trust bhunter@spilmanlaw.com  mguilliams@spilmanlaw.com

Christopher M McDermott
          on behalf of Creditor Nationstar Mortgage LLC bkecfinbox@aldridgepite.com  CMM@ecf.inforuptcy.com

| | | |
|---|---|---|
| District/off: 0422-9 | User: halllinda | Page 2 of 2 |
| Date Rcvd: Jun 25, 2025 | Form ID: pdford6 | Total Noticed: 1 |

Daniel M. Press
    on behalf of Debtor Marcantonio W Barnes dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Jack Frankel
    on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov
    USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov

Jonathan Baird Vivona
    on behalf of Creditor Witt & Co. LLC jvivona@vpbklaw.com, notices@vpbklaw.com

Keith M. Yacko
    on behalf of Creditor Nationstar Mortgage LLC keiyacko@raslg.com ecfnotifications@mtglaw.com;kyacko@mtglaw.com

Marc Elliott Albert
    marc.albert@stinson.com porsche.barnes@stinson.com;malbert@ecf.axosfs.com

Matthew J. Troy
    on behalf of Creditor United States of America matthew.troy@usdoj.gov USAVAE.ALX.ECF.CIVIL@usdoj.gov

Matthew W. Cheney
    ustpregion04.ax.ecf@usdoj.gov

Michael A. Condyles
    on behalf of Creditor Newtek Small Business Finance LLC michael.condyles@kutakrock.com,
    lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Peter M. Pearl
    on behalf of Creditor Carter Bank & Trust ppearl@spilmanlaw.com scormany@spilmanlaw.com

Steven B. Ramsdell
    on behalf of Creditor Regiane Coelho sramsdell@tbrclaw.com asemerjian@tbrclaw.com

TOTAL: 16