**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

```
------------------------------------------------------------X
In re:                                          :        Chapter 11 (Subchapter V)
                                                :
Marcantonio W. Barnes                           :        No. 23-11190-KHK
           Debtor.                              :
                                                :
------------------------------------------------------------X
```

### NOTICE OF MOTION TO TO RECONSIDER ORDER DISMISSING CASE

Notice is hereby given that the Debtor has previously filed a **MOTION TO RECONSIDER ORDER DISMISSING CASE ("Motion")**. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you oppose the Motion, or if you want the Court to consider your views on the Motion, you or your attorney **must**:

> •On or before **July 30, 2025**, file with the Court, United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22320, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(G). If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date specified. You must also provide a copy to the persons listed below so that these persons receive your response on or before the date specified.
>
> • Provide a copy of any written response to counsel for the Debtor at:
>
>> Daniel M. Press
>> Chung & Press, P.C.
>> 6718 Whittier Ave., Suite 200
>> McLean, VA 22101
>
> • Attend the hearing scheduled to be held on **Tuesday, August 26, 2025, at 12:00 noon** in Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia.

Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Counsel for Debtor

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.

Dated:   July 9, 2025.

Respectfully submitted,

  /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of July, 2025, I caused the foregoing document to be served on upon all parties requesting notice by CM/ECF, and by first class mail, postage prepaid, to all other creditors and parties in interest as set forth on the attached matrix.

  /s/ Daniel M. Press

```
Label Matrix for local noticing          Carter Bank & Trust                      Nationstar Mortgage LLC
0422-1                                   c/o Bryson J. Hunter, Esq.               8100 Three Chopt Rd., Suite 240
Case 23-11190-KHK                        Spilman Thomas & Battle, PLLC            Richmond, VA 23229-4833
Eastern District of Virginia             P.O. Box 90
Alexandria                               Roanoke, VA 24002-0090
Wed Jul  9 17:32:33 EDT 2025

Nationstar Mortgage LLC                  Newtek Small Business Finance, LLC       Oak Manor Homeowners Association
Robertson, Anschutz, Schneid, Crane      c/o Michael A. Condyles, Esq.            c/o Chadwick, Washington, et al.
13010 Morris Road, Suite 450             Kutak Rock LLP                           3201 Jermantown Rd.
Alpharetta, GA 30004-2001                901 East Byrd Street                     Suite 600
                                         Suite 1000                               Fairfax, VA 22030-2879
                                         Richmond, VA 23219-4071

United States of America                 Witt & Co., LLC                          United States Bankruptcy Court
USAO EDVA                                c/o Vivona Pandurangi, PLC               200 South Washington Street
2100 Jamieson Avenue                     601 King Street                          Alexandria, VA 22314-5405
Alexandria, va 22314-5702                Ste 400
                                         Alexandria, VA 22314-3151

American Express                         American Express National Bank           Camba LLC
PO Box 297871                            c/o Becket and Lee LLP                   12647 Belleflower Lane
Fort Lauderdale, FL 33329-7871           PO Box 3001                              Fredericksburg, VA 22407-6614
                                         Malvern  PA 19355-0701

Capital One N.A.                         (p)CARTER BANK AND TRUST                 Carter Bank & Trust
by American InfoSource as agent          ATTN SUSAN MOORE                         Spilman Thomas & Battle, PLLC
4515 N Santa Fe Ave                      320 COLLEGE DRIVE                        310 First Street, Suite 1100
Oklahoma City, OK 73118-7901             MARTINSVILLE VA 24112-6746               Roanoke, VA 24011-1916

Citibank NA                              Fairfax County                           Fairfax County Department of Tax Administrat
PO Box 6241                              Office of the County Attorney            12000 Government Center Pkwy
Sioux Falls, SD 57117-6241               12000 Govt. Center Parkway, Suite 549    Fairfax, VA 22035-0002
                                         Fairfax, VA 22035

Fayez Goriup McRae PLLC                  German Kitchen Center                    Internal Revenue Service
4084 University Drive Suite 208          1010 Wisconsin Avenue, NW Suite 200      P.O. Box 7346
Fairfax, VA 22030-6803                   Washington, DC 20007-3683                Philadelphia, PA 19101-7346

James E Johnson                          Lafayette Federal Credit Union           Lafayette Federal Credit Union
Virginia Johnson                         2701 Tower Oaks Boulevard                c/o Silverman Theologou, LLP
11654 Plaza American Dr. #755            Rockville, MD 20852-4235                 11200 Rockville Pike, Suite 520
Reston, VA 20190                                                                  N. Bethesda, MD 20852-7105

Mach & Rico Floors                       Mach Rico Floors                         Mr. Cooper
Samek & Flynn LLC                        6665 Old Dominion Dr                     800 State Hwy 121 Bypass
Roger C Samek Esq                        McLean, VA 22101-4518                    Lewisville, TX 75067-4180
2000 Tower Oaks Blvd., Suite 440
Rockville, MD 20852-4389

Nationstar Mortgage LLC                  Nationstar Mortgage LLC                  (p)NATIONSTAR MORTGAGE LLC
Aldridge Pite, LLP                       RAS Crane & Partners, PLLC               PO BOX 619096
Six Piedmont Center                      11900 Parklawn Drive                     DALLAS TX 75261-9096
3525 Piedmont Road, N.E., Ste 700        Suite 310
Atlanta, GA 30305-1608                   Rockville, MD 20852-2893
```

| | | |
|---|---|---|
| Nelnet<br>P.O. Box 82561<br>Lincoln, NE 68501-2561 | Newtek Small Business Finance<br>4800 T-Rex Avenue Suite 120<br>Boca Raton, FL 33431-4479 | Newtek Small Business Finance, LLC<br>Kutak Rock LLP<br>901 East Byrd Street<br>Suite 1000<br>Richmond, VA 23219-4071 |
| Newtek Small Business Finance, LLC<br>c/o Michael A. Condyles, Esq.<br>Kutak Rock LLP<br>901 E Byrd Street, Ste. 1000<br>Richmond, VA  23219-4071 | Oak Manor Home Owners Association<br>Chadwick, Washington, Moriarty, Elmore,<br>3201 Jermantown Road Suite 600<br>Fairfax, VA 22030-2879 | Oak Manor Homeowners Association<br>Chadwick, Washington, Moriarty<br>Elmore & Bunn, PC<br>3201 Jermantown Road, Suite 600<br>Fairfax, VA 22030-2879 |
| Office of the US Attorney<br>2100 Jamieson Ave<br>Alexandria, VA 22314-5794 | Offit Kurman, P.C.<br>7021 Gateway Drive, Suite 200<br>Columbia, MD 21046-2967 | Offitt Kurman<br>7021 Columbia Gateway Drive, Suite 200<br>Columbia, MD 21046-2967 |
| PESNER ALTMILLER MELNICK DEMERS & STEELE PLC<br>8000 Westpark Drive, Suite 600<br>McLean, VA 22102-3115 | Paul Riggs<br>36804 Sawmill Ln<br>Hillsbboro, VA 20132-2646 | Porcelainosa<br>600 Route 17 North<br>Ramsey, NJ 07446-2017 |
| Ras LaVrar<br>4012 Raintree Rd<br>Chesapeake, VA 23321-3741 | Regiane Coelho<br>1363 N 31st Apt 417<br>Philadelphia, PA 19121-4566 | Regiane Coelho<br>4701 Willard Ave., Apt. #1708<br>Chevy Chase, MD 20815-4634 |
| Regiane Coelho<br>Tyler, Bartl & Ramsdell, P.L.C.<br>300 N. Washington St., Suite 310<br>Alexandria, VA 22314-2530 | Safetypawz, LLC<br>11110 Sunset Hills Road #3260<br>Reston, VA 20195-8057 | Synchrony Bank<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank<br>PO Box 965036<br>Orlando, FL 32896-5036 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | TD Bank<br>13531 E Caley Ave<br>Englewood, CO 80111-6504 |
| Tenaglia & Hunt<br>9211 Corporate Blvd., Suite 130<br>Rockville, MD 20850-3873 | Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Truist Bank<br>PO Box 1874<br>Wilson, NC 27894-1874 |
| U.S. Attorney Office<br>Courthouse Square<br>2100 Jamieson Avenue<br>Alexandria, VA 22314-5702 | US Department of Education<br>PO Box 7860<br>Madison, WI 53707-7860 | Valley View Exteriors<br>8381 Jill Brenda Court<br>Manassas, VA 20112-3569 |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Wells Fargo<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |

| | | |
|---|---|---|
| Witt & Co LLC<br>4445 CORPORATION LANE, STE 264<br>Virginia Beach, VA 23462-3671 | Woodbridge Glass<br>14312 Richmond Hwy<br>Woodbridge, VA 22191-2716 | Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101-4531 |
| James Johnson<br>11699 Bennington Woods Road<br>Reston, VA 20194-1613 | Marc Elliott Albert<br>Stinson LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006-4760 | Marcantonio W Barnes<br>10367 Gershwin Ct<br>Oakton, VA 22124-2547 |
| Matthew W. Cheney<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | Virginia E Johnson<br>11699 Bennington Woods Road<br>Reston, VA 20194-1613 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Carter Bank & Trust<br>320 College Dr<br>Martinsville, VA 24112 | Nationstar Mortgage, LLC<br>c/o Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept.<br>PO Box 619096<br>Dallas, TX 75261-9741 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u) Nationstar Mortgage LLC | (du)Nationstar Mortgage LLC | (d)Nationstar Mortgage LLC<br>Robertson, Anschutz, Schneid, Crane<br>13010 Morris Road, Suite 450<br>Alpharetta, GA 30004-2001 |
| (d)Newtek Small Business Finance LLC<br>4800 T-Rex Avenue, Ste. 120<br>Boca Raton, FL 33431-4479 | (u)Regiane Coelho | End of Label Matrix<br>Mailable recipients   67<br>Bypassed recipients    5<br>Total                 72 |