## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

Marcantonio W. Barnes                                        Case No. 23-11190-KHK
                                                                               (Chapter 11) (Subchapter V)
    Debtor.

## ORDER DENYING MOTION TO RECONSIDER

This case was before the Court on August 26, 2025 for a hearing on the Debtor's Motion to Reconsider (Docket No. 151) and the responses thereto. The Debtor, Carter Bank & Trust, and Newtek Small Business Finance, LLC all appeared by counsel. For the reasons stated on the record at the hearing, it is hereby,

**ORDERED**:

1. The Motion to Reconsider (Docket No. 151) is DENIED.

2. The Clerk shall provide a copy of this order and electronic notice of its entry to all counsel of record and parties who have requested notice.

Sep 1 2025                                                          /s/ Klinette H Kindred
Date                                                                      Klinette H. Kindred
                                                                              United States Bankruptcy Judge

Entered On Docket: Sep 3 2025