**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:

Marcantonio W. Barnes                              Case No. 23-11190-KHK
                                                   (Chapter 11) (Subchapter V)

    Debtor.

### ORDER DENYING MOTION TO RECONSIDER

This case was before the Court on August 26, 2025 for a hearing on the Debtor's Motion to Reconsider (Docket No. 151) and the responses thereto. The Debtor, Carter Bank & Trust, and Newtek Small Business Finance, LLC all appeared by counsel. For the reasons stated on the record at the hearing, it is hereby,

**ORDERED**:

1. The Motion to Reconsider (Docket No. 151) is DENIED.

2. The Clerk shall provide a copy of this order and electronic notice of its entry to all counsel of record and parties who have requested notice.

Sep 1 2025
Date

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Sep 3 2025

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                                                    Case No. 23-11190-KHK

Marcantonio W Barnes                                                                       Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                                           User: NataliaNe                                                    Page 1 of 4

Date Rcvd: Sep 03, 2025                               Form ID: pdford9                                      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Marcantonio W Barnes, 10367 Gershwin Ct, Oakton, VA 22124-2547 |
| 16192273 | + | Camba LLC, 12647 Belleflower Lane, Fredericksburg, VA 22407-6614 |
| 16193347 | + | Carter Bank & Trust, Spilman Thomas & Battle, PLLC, 310 First Street, Suite 1100, Roanoke, VA 24011-1916 |
| 16304775 | | Fairfax County, Office of the County Attorney, 12000 Govt. Center Parkway, Suite 549, Fairfax, VA 22035 |
| 16192277 | + | Fayez Goriup McRae PLLC, 4084 University Drive Suite 208, Fairfax, VA 22030-6803 |
| 16214393 | + | German Kitchen Center, 1010 Wisconsin Avenue, NW Suite 200, Washington, DC 20007-3683 |
| 16192279 | +++ | James E Johnson, Virginia Johnson, 11654 Plaza American Dr. #755, Reston, VA 20190-4700 |
| 16736517 | + | Mach & Rico Floors, Samek & Flynn LLC, Roger C Samek Esq, 2000 Tower Oaks Blvd., Suite 440, Rockville, MD 20852-4389 |
| 16214394 | + | Mach Rico Floors, 6665 Old Dominion Dr, McLean, VA 22101-4518 |
| 16222190 | + | Nationstar Mortgage LLC, RAS Crane & Partners, PLLC, 11900 Parklawn Drive, Suite 310, Rockville, MD 20852-2893 |
| 16192283 | #+ | Newtek Small Business Finance, 4800 T-Rex Avenue Suite 120, Boca Raton, FL 33431-4479 |
| 16193528 | | Newtek Small Business Finance, LLC, Kutak Rock LLP, 901 East Byrd Street, Suite 1000, Richmond, VA 23219-4071 |
| 16192284 | + | Oak Manor Home Owners Association, Chadwick, Washington, Moriarty, Elmore,, 3201 Jermantown Road Suite 600, Fairfax, VA 22030-2879 |
| 16208419 | + | Oak Manor Homeowners Association, Chadwick, Washington, Moriarty, Elmore & Bunn, PC, 3201 Jermantown Road, Suite 600, Fairfax, VA 22030-2879 |
| 16202492 | + | Offit Kurman, P.C., 7021 Gateway Drive, Suite 200, Columbia, MD 21046-2967 |
| 16192286 | + | Offitt Kurman, 7021 Columbia Gateway Drive, Suite 200, Columbia, MD 21046-2967 |
| 16192288 | + | PESNER ALTMILLER MELNICK DEMERS & STEELE PLC, 8000 Westpark Drive, Suite 600, McLean, VA 22102-3115 |
| 16192287 | #+ | Paul Riggs, 36804 Sawmill Ln, Hillsbboro, VA 20132-2646 |
| 16214395 | + | Porcelainosa, 600 Route 17 North, Ramsey, NJ 07446-2017 |
| 16192290 | + | Regiane Coelho, 1363 N 31st Apt 417, Philadelphia, PA 19121-4566 |
| 16736319 | + | Regiane Coelho, 4701 Willard Ave., Apt. #1708, Chevy Chase, MD 20815-4634 |
| 16237789 | + | Regiane Coelho, Tyler, Bartl & Ramsdell, P.L.C., 300 N. Washington St., Suite 310, Alexandria, VA 22314-2530 |
| 16192291 | + | Safetypawz, LLC, 11110 Sunset Hills Road #3260, Reston, VA 20195-8057 |
| 16192296 | + | Truist Bank, PO Box 1874, Wilson, NC 27894-1874 |
| 16192298 | + | Valley View Exteriors, 8381 Jill Brenda Court, Manassas, VA 20112-3569 |
| 16192300 | + | Witt & Co LLC, 4445 CORPORATION LANE, STE 264, Virginia Beach, VA 23462-3671 |
| 16192301 | + | Woodbridge Glass, 14312 Richmond Hwy, Woodbridge, VA 22191-2716 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16192272 | + | Email/PDF: bncnotices@becket-lee.com | Sep 04 2025 01:13:24 | American Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 16218534 | | Email/PDF: bncnotices@becket-lee.com | Sep 04 2025 01:13:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16192274 | | Email/Text: bankruptcy@CBTcares.com | Sep 04 2025 00:59:00 | Carter Bank & Trust, 320 College Dr, |

Case 23-11190-KHK   Doc 157   Filed 09/05/25   Entered 09/06/25 00:22:30   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0422-9 | User: NataliaNe | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 03, 2025 | Form ID: pdford9 | Total Noticed: 54 |

| Recip ID | | Email Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Martinsville, VA 24112 |
| 16204406 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 04 2025 01:13:50 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16192275 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 04 2025 01:13:52 | Citibank NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 16192276 | + | Email/Text: john.burton@fairfaxcounty.gov | Sep 04 2025 01:02:00 | Fairfax County Department of Tax Administrati, 12000 Government Center Pkwy, Fairfax, VA 22035-0002 |
| 16192278 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 04 2025 01:00:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16192280 | + | Email/Text: rthompson@lfcu.org | Sep 04 2025 01:01:00 | Lafayette Federal Credit Union, 2701 Tower Oaks Boulevard, Rockville, MD 20852-4235 |
| 16213102 | + | Email/Text: bankruptcy@silvermanlegal.com | Sep 04 2025 01:01:00 | Lafayette Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 16192281 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2025 01:00:00 | Mr. Cooper, 800 State Hwy 121 Bypass, Lewisville, TX 75067-4180 |
| 16244095 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 04 2025 01:00:00 | Nationstar Mortgage, LLC, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9741 |
| 16221185 | + | Email/Text: RASEBN@raslg.com | Sep 04 2025 01:00:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 16196759 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 04 2025 01:00:00 | Nationstar Mortgage LLC, Aldridge Pite, LLP, Six Piedmont Center, 3525 Piedmont Road, N.E., Ste 700, Atlanta, GA 30305-1608 |
| 16192282 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 04 2025 01:01:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 16192285 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Sep 04 2025 01:00:00 | Office of the US Attorney, 2100 Jamieson Ave, Alexandria, VA 22314-5794 |
| 16192289 | + | Email/Text: bknotice@raslavrar.com | Sep 04 2025 01:00:00 | Ras LaVrar, 4012 Raintree Rd, Chesapeake, VA 23321-3741 |
| 16192293 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2025 01:13:11 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 16192292 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 04 2025 01:12:56 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 16243028 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 04 2025 01:35:34 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16192294 | + | Email/Text: bnc@nordstrom.com | Sep 04 2025 01:00:11 | TD Bank, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 16192295 | + | Email/Text: ClericalSupport@tenagliahunt.com | Sep 04 2025 01:00:00 | Tenaglia & Hunt, 9211 Corporate Blvd., Suite 130, Rockville, MD 20850-3873 |
| 16243964 | + | Email/Text: bankruptcy@bbandt.com | Sep 04 2025 01:00:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 16192592 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Sep 04 2025 01:00:00 | U.S. Attorney Office, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 16192297 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 04 2025 01:01:00 | US Department of Education, PO Box 7860, Madison, WI 53707-7860 |
| 16237174 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 04 2025 01:13:21 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16192299 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 04 2025 01:13:54 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |

| District/off: 0422-9 | User: NataliaNe | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 03, 2025 | Form ID: pdford9 | Total Noticed: 54 |

| 16218284 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | Sep 04 2025 01:13:51 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16742316 | *+ | Newtek Small Business Finance LLC, 4800 T-Rex Avenue, Ste. 120, Boca Raton, FL 33431-4479 |
| 16214396 | *+ | Valley View Exteriors, 8381 Jill Brenda Court, Manassas, VA 20112-3569 |
| 16235136 | ## | Newtek Small Business Finance, LLC, c/o Michael A. Condyles, Esq., Kutak Rock LLP, 901 E Byrd Street, Ste. 1000, Richmond, VA 23219-4071 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry W. Spear | on behalf of Creditor Nationstar Mortgage LLC Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Barry W. Spear | on behalf of Creditor Nationstar Mortgage LLC Barry.Spear@bww-law.com bankruptcy@bww-law.com |
| Bradley M. Barna | on behalf of Creditor Oak Manor Homeowners Association bbarna@chadwickwashington.com |
| Brian K Jordan | on behalf of Creditor Nationstar Mortgage LLC bkecfinbox@aldridgepite.com bjordan@ecf.inforuptcy.com |
| Bryson J. Hunter | on behalf of Creditor Carter Bank & Trust bhunter@spilmanlaw.com mguilliams@spilmanlaw.com |
| Christopher M McDermott | on behalf of Creditor Nationstar Mortgage LLC bkecfinbox@aldridgepite.com CMM@ecf.inforuptcy.com |
| Daniel M. Press | on behalf of Debtor Marcantonio W Barnes dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Jack Frankel | on behalf of U.S. Trustee Matthew W. Cheney jack.i.frankel@usdoj.gov USTPRegion04.ax.ecf@usdoj.gov;Robert.W.Ours@usdoj.gov |
| Jonathan Baird Vivona | on behalf of Creditor Witt & Co.  LLC jvivona@vpbklaw.com, notices@vpbklaw.com |
| Keith M. Yacko | on behalf of Creditor Nationstar Mortgage LLC keiyacko@raslg.com ecfnotifications@mtglaw.com;kyacko@mtglaw.com |
| Marc Elliott Albert | |

| | | |
|---|---|---|
| District/off: 0422-9 | User: NataliaNe | Page 4 of 4 |
| Date Rcvd: Sep 03, 2025 | Form ID: pdford9 | Total Noticed: 54 |

marc.albert@stinson.com porsche.barnes@stinson.com;malbert@ecf.axosfs.com

Matthew J. Troy

    on behalf of Creditor United States of America matthew.troy@usdoj.gov USAVAE.ALX.ECF.CIVIL@usdoj.gov

Matthew W. Cheney

    ustpregion04.ax.ecf@usdoj.gov

Michael A. Condyles

    on behalf of Creditor Newtek Small Business Finance LLC michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Peter M. Pearl

    on behalf of Creditor Carter Bank & Trust ppearl@spilmanlaw.com scormany@spilmanlaw.com

Steven B. Ramsdell

    on behalf of Creditor Regiane Coelho sramsdell@tbrclaw.com asemerjian@tbrclaw.com

TOTAL: 16