## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### OMNIBUS NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Tromberg, Miller, Morris & Partners, PLLC, by counsel, hereby gives notices that Brandon R. Jordan (VSB #72170) withdraws as counsel from the cases listed on the attached Exhibit 1, effective as of the date of this notice.

PLEASE TAKE FURTHER NOTICE that Trenita J. Stewart (VSB #48412), an attorney employed by Tromberg, Miller, Morris & Partners, PLLC, is hereby substituted as counsel in place of Mr. Jordan in all of the cases listed on the attached Exhibit 1.

Dated: February 9, 2026

Respectfully Submitted,

Tromberg, Miller, Morris & Partners, PLLC

**/s/ Brandon R. Jordan**
Brandon R. Jordan, Esq. (VSB #72170)

**/s/ Trenita J. Stewart**
Trenita J. Stewart (VSB #48412)
Tromberg, Miller, Morris & Partners, PLLC
5310 Markel Road, Suite 201
Richmond, VA 23230
tjstewart@tmmp.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 9, 2026, I electronically filed the foregoing Notice of Withdrawal and Substitution with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Trenita J. Stewart, Esq. 24135040 TX
Tromberg, Miller, Morris & Partners, PLLC
5310 Markel Road, Suite 201
Richmond, VA 23230
804-525-1570
Our Case #: 26-000235

# Select a Case

EXHIBIT 1

**There were 2 matching persons.**

**There were 479 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|------|----------|------------|------------------------|------------|------------|-------------|
| Jordan, Brandon (aty) (1 case) | 21-71911-FJS | James Clinton Hall, III and Diana Meeks Hall | 13 | 10/04/21 | N / A | N / A |
| Jordan, Brandon R. (aty) (478 cases) | 18-10001-BFK | Scott David Gale and Janice Gale | 13 | 01/01/18 | N / A | N / A |
| | 18-34329-FJS | LaToya Danielle Thweatt | 13 | 08/24/18 | N / A | N / A |
| | 18-35929-KLP | Nicole Lee | 13 | 11/27/18 | N / A | N / A |
| | 18-36095-KLP | Christopher Ryan Munford and Summer Leigh Munford | 13 | 12/03/18 | N / A | N / A |
| | 18-36265-BFK | Tommy Leandrea Chavis | 13 | 12/13/18 | N / A | N / A |
| | 19-12942-BFK | Helen L Hammond | 13 | 09/04/19 | N / A | N / A |
| | 19-30228-KLP | Michael Anthony Johnson and Tisha Frances Johnson | 13 | 01/15/19 | N / A | N / A |
| | 19-30336-KLP | Norma Alicia Benavides | 13 | 01/22/19 | N / A | N / A |
| | 19-30420-BFK | Yaser Yousef Atiyeh | 13 | 01/25/19 | N / A | N / A |
| | 19-30587-BFK | Ronald B. Quarrles | 13 | 02/04/19 | N / A | N / A |
| | 19-30609-KLP | Bonnie Jane Brown | 13 | 02/05/19 | N / A | N / A |
| | 19-30621-KLP | Hazel Oliver Jefferson | 13 | 02/05/19 | N / A | N / A |
| | 19-30746-KLP | Felicia P. Ellis | 13 | 02/13/19 | N / A | N / A |
| | 19-30759-KLP | Maxine J. Briggs | 13 | 02/13/19 | N / A | N / A |
| | 19-30846-BFK | Oliver B. Ly | 13 | 02/19/19 | N / A | N / A |
| | 19-30865-KHK | Jennifer D. Bayliss | 13 | 02/20/19 | N / A | N / A |
| | 19-31166-KLP | Nicole T. Barbour | 13 | 03/06/19 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 19-31771-BFK | Randall Malcolm Thomas, Sr and Regina Cooper Thomas | 13 | 04/02/19 | N / A | N / A |
| 19-32224-KLP | Michael Jorge Foreman and Michelle Brown Foreman | 13 | 04/26/19 | N / A | N / A |
| 19-32995-KLP | Vincent Tyrone Harper and Annette Turner | 13 | 06/05/19 | N / A | N / A |
| 19-33004-KLP | Angela Genise Irby | 13 | 06/05/19 | N / A | N / A |
| 19-33104-KLP | Andrew A. Lohrman | 13 | 06/11/19 | N / A | N / A |
| 19-33255-BFK | Wayne Maurice Lewis and Gena Shawn Lewis | 13 | 06/19/19 | N / A | N / A |
| 19-33519-FJS | Renay Carroll Allen | 13 | 07/03/19 | N / A | N / A |
| 19-34004-KHK | Walter E Barrow and Patricia A Barrow | 13 | 08/01/19 | N / A | N / A |
| 19-34055-KLP | Juanita Ann Daniels | 13 | 08/05/19 | N / A | N / A |
| 19-34284-KLP | Andre Gerard Ridley and Veronica Lynne Ridley | 13 | 08/16/19 | N / A | N / A |
| 19-34402-KLP | Daniel Christian Tatum | 13 | 08/22/19 | N / A | N / A |
| 19-34436-KHK | Courtney Demain Hall and Shereeta Yvette Hall | 13 | 08/25/19 | N / A | N / A |
| 19-34574-KRH | LeClairRyan PLLC | 7 | 09/03/19 | N / A | N / A |
| 19-34797-BFK | Jeffery Donnell Hawkins | 13 | 09/16/19 | N / A | N / A |
| 19-35272-KHK | Roy Leonard Ferguson and Doris Anderson Ferguson | 13 | 10/07/19 | N / A | N / A |
| 19-35293-BFK | Rochelle Burns Anderson | 13 | 10/08/19 | N / A | N / A |
| 19-35315-FJS | Kenneth Lee Roots and Ada Frances Warren-Roots | 13 | 10/08/19 | N / A | N / A |
| 19-35320-KLP | Jermaine Joel Bullock and Lisa Cheray Bullock | 13 | 10/09/19 | N / A | N / A |
| 19-35401-BFK | Ula M. Mitchell | 13 | 10/11/19 | N / A | N / A |
| 19-35497-KLP | Shelia L Broaddus | 13 | 10/17/19 | N / A | N / A |
| 19-35781-BFK | Larry Darwin James, Sr. and Pauletta Denise James | 13 | 10/31/19 | N / A | N / A |
| 19-35829-FJS | Timothy William Burch | 13 | 11/04/19 | N / A | N / A |

| 19-35935-KLP | Jacqueline Phillips Harris | 13 | 11/11/19 | N / A | N / A |
| 19-36154-KHK | Paula L. Walker | 13 | 11/21/19 | N / A | N / A |
| 19-36216-FJS | Petrina Ann Tyree | 13 | 11/26/19 | N / A | N / A |
| 19-36372-KHK | Robin Nicole Jeffrey | 13 | 12/06/19 | N / A | N / A |
| 19-74132-FJS | Garry Strawn Cofield and Rita Weaver Cofield | 13 | 11/06/19 | N / A | N / A |
| 19-74157-FJS | Thomas Wayne Hickey and Barbra Elizabeth Hickey | 13 | 11/07/19 | N / A | N / A |
| 20-12139-KHK | Edwin R. Ferrell | 13 | 09/23/20 | N / A | N / A |
| 20-12212-BFK | Nickson George | 13 | 10/01/20 | N / A | N / A |
| 20-12698-KHK | William Russell Harvey | 13 | 12/14/20 | N / A | N / A |
| 20-30038-KLP | Paul Richard Stewart | 13 | 01/03/20 | N / A | N / A |
| 20-30199-KLP | Kenneth E Salley and Mamie B Salley | 13 | 01/14/20 | N / A | N / A |
| 20-30213-BFK | Christen Richardson Gray | 13 | 01/14/20 | N / A | N / A |
| 20-30738-FJS | Leisha Lynn Snow | 13 | 02/12/20 | N / A | N / A |
| 20-30884-KLP | Adrienne Yvonne Ellis | 13 | 02/19/20 | N / A | N / A |
| 20-30913-KLP | Elissa Clift Lewis | 13 | 02/20/20 | N / A | N / A |
| 20-30918-KHK | Cheryl Doreen Johnson | 13 | 02/21/20 | N / A | N / A |
| 20-31194-KHK | Roger Leonard Newton and Catherine Wood Newton | 13 | 03/03/20 | N / A | N / A |
| 20-31417-BFK | Dennis Lewis Miller and Linda Denise Miller | 13 | 03/12/20 | N / A | N / A |
| 20-31537-KLP | Denita Johnson Taylor | 13 | 03/17/20 | N / A | N / A |
| 20-31583-KLP | Robzella Tillmana Anderson | 13 | 03/19/20 | N / A | N / A |
| 20-31843-FJS | Grant James Turner and Ebony Lashawn Turner | 13 | 04/07/20 | N / A | N / A |
| 20-31881-KLP | James Warren Howard | 13 | 04/09/20 | N / A | N / A |
| 20-32705-FJS | Michael Ray Gould and Amanda Litten Gould | 13 | 06/19/20 | N / A | N / A |
| 20-32757-KLP | Chandra Baker Leake | 13 | 06/26/20 | N / A | N / A |
| 20-32885-BFK | Chimere Enjoli Bass | 13 | 07/07/20 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 20-33067-KHK | Charles T Bailey | 13 | 07/20/20 | N / A | N / A |
| 20-33220-FJS | Jerl Eugene Jones | 13 | 07/27/20 | N / A | N / A |
| 20-33284-KLP | Yoshi Keys Blackwell | 13 | 07/30/20 | N / A | N / A |
| 20-33526-KLP | Tony Lee Pleasants and Chelsea Kristen Pleasants | 13 | 08/20/20 | N / A | N / A |
| 20-33794-KHK | Bertha Cordelia Wiggins | 13 | 09/14/20 | N / A | N / A |
| 20-33853-BFK | Michael L. Jennings | 13 | 09/18/20 | N / A | N / A |
| 20-33975-KLP | Beatrice Scott Singleton | 13 | 09/28/20 | N / A | N / A |
| 20-34246-KLP | Sandra Carter Moss | 13 | 10/21/20 | N / A | N / A |
| 20-34294-BFK | Deborah Woody Oliver | 13 | 10/25/20 | N / A | N / A |
| 20-34502-BFK | Rayfield Brown and Doris G Brown | 13 | 11/10/20 | N / A | N / A |
| 20-34532-FJS | Matthew Brian Cahen | 13 | 11/12/20 | N / A | N / A |
| 20-34624-KLP | Milton C. Crutchfield, Sr. | 13 | 11/19/20 | N / A | N / A |
| 20-34721-KLP | Ivy L. Thompson | 13 | 11/30/20 | N / A | N / A |
| 20-50202-SCS | Juanita Congo Seay | 13 | 02/13/20 | N / A | N / A |
| 20-50251-SCS | Thomas Daryle Middleton and Felicia Yvonne Johnson | 13 | 02/21/20 | N / A | N / A |
| 20-50673-FJS | Antoine Dwayne Pugh and Jasmine Monique Pugh | 13 | 06/01/20 | N / A | N / A |
| 20-51032-SCS | Jennifer Dawn Kennedy | 13 | 09/24/20 | N / A | N / A |
| 20-51119-FJS | James W Austin and Linda Major Austin | 13 | 10/23/20 | N / A | N / A |
| 20-51161-FJS | Frederica Telma Stevens | 13 | 11/04/20 | N / A | N / A |
| 20-70346-SCS | John Frank Smith, Jr. | 13 | 01/31/20 | N / A | N / A |
| 20-70785-FJS | Joseph John Caruso, II and Alethia Simone Caruso | 13 | 03/05/20 | N / A | N / A |
| 20-70842-SCS | Jeanett D. Jones | 13 | 03/10/20 | N / A | N / A |
| 20-71719-FJS | James Harold Dennis | 13 | 06/09/20 | N / A | N / A |
| 20-71739-FJS | James Thurman Quamiley | 13 | 06/11/20 | N / A | N / A |
| 20-72621-FJS | John David Turner and Wendy Lee Turner | 13 | 09/24/20 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| [20-72763-FJS](#) | Toan V. Vo | 13 | 10/12/20 | N / A | N / A |
| [20-72914-FJS](#) | Joseph Robert Doxey, Jr. and Tara Patrice Doxey | 13 | 10/29/20 | N / A | N / A |
| [20-72949-FJS](#) | Jenita Lorraine White | 13 | 11/03/20 | N / A | N / A |
| [21-07003-FJS](#) | Stapleton et al v. USAA Savings Bank et al | *Lead BK:* 19-72116-FJS Toby Albert Stapleton and Lindsay Caryl Stapleton | 01/14/21 | N / A | N / A |
| [21-10818-BFK](#) | Jayasekar Jayaraman | 11 | 05/06/21 | N / A | N / A |
| [21-10984-BFK](#) | Greta E Summerville | 13 | 05/31/21 | N / A | N / A |
| [21-11721-KHK](#) | Jacqueline A Canton | 13 | 10/14/21 | N / A | N / A |
| [21-30398-BFK](#) | Stanley Bernard Stith | 13 | 02/05/21 | N / A | N / A |
| [21-30529-KLP](#) | Jonette Danielle Meade | 13 | 02/19/21 | N / A | N / A |
| [21-30587-KLP](#) | Jayson T. Crawley | 13 | 02/25/21 | N / A | N / A |
| [21-30792-KHK](#) | Benjamin Davis Moseley, III | 13 | 03/10/21 | N / A | N / A |
| [21-30838-KLP](#) | James Grover and Cynthia Grover | 13 | 03/16/21 | N / A | N / A |
| [21-31111-KLP](#) | Jennifer Booker Cooper | 13 | 04/01/21 | N / A | N / A |
| [21-31211-KLP](#) | Michael Frederick Martin | 13 | 04/09/21 | N / A | N / A |
| [21-31216-KHK](#) | Philip Henry Wheeler, Jr. | 13 | 04/12/21 | N / A | N / A |
| [21-31505-KLP](#) | Earnest Atkins, Jr. and Shirley Marie Atkins | 13 | 05/06/21 | N / A | N / A |
| [21-31538-FJS](#) | LaRuth Arnaz Ensley | 13 | 05/08/21 | N / A | N / A |
| [21-31576-BFK](#) | Sandra L. Mason-Johnson | 13 | 05/12/21 | N / A | N / A |
| [21-31608-KHK](#) | Paul Cohen | 13 | 05/14/21 | N / A | N / A |
| [21-31906-KHK](#) | Denise Consuela Hardy | 13 | 06/14/21 | N / A | N / A |
| [21-31991-KLP](#) | Scottie Brown Hurt | 13 | 06/22/21 | N / A | N / A |
| [21-32023-KLP](#) | Cherrelle Lee Hurt | 13 | 06/25/21 | N / A | N / A |
| [21-32383-KLP](#) | Douglas Ricardo Mason and Tracey Lashell Mason | 13 | 08/02/21 | N / A | N / A |
| [21-32521-KLP](#) | Lee R. Williams and Kathy A. Williams | 13 | 08/17/21 | N / A | N / A |
| [21-32640-KLP](#) | Celestine Hart Robinson | 13 | 08/30/21 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 21-32871-KLP | Henry Ellis Foster and Robin Jones Foster | 13 | 09/23/21 | N / A | N / A |
| 21-32947-KHK | Richard Newton, Sr. and Francine Newton | 13 | 09/30/21 | N / A | N / A |
| 21-32996-KLP | Sandra Lee Wayne | 13 | 10/06/21 | N / A | N / A |
| 21-33202-FJS | Rick C. Call | 13 | 10/25/21 | N / A | N / A |
| 21-33283-KLP | Loretta Lee Clark | 13 | 11/02/21 | N / A | N / A |
| 21-33289-KHK | Demetrius Andre Carter and Laura Wiggins Carter | 13 | 11/02/21 | N / A | N / A |
| 21-33311-FJS | Quyen N. Nham | 13 | 11/05/21 | N / A | N / A |
| 21-33324-BFK | Garry Atheno Taylor and Jane Elizabeth Taylor | 13 | 11/08/21 | N / A | N / A |
| 21-33482-KLP | Ryan Ashley Taylor | 13 | 11/23/21 | N / A | N / A |
| 21-33506-FJS | Corinthia K. Mobley | 13 | 11/29/21 | N / A | N / A |
| 21-33539-KLP | Patricia McNealy Thornton | 13 | 12/01/21 | N / A | N / A |
| 21-50208-SCS | Robert W. Wilson, Jr. | 13 | 03/16/21 | N / A | N / A |
| 21-50367-SCS | Tamika Lashawn Pinn | 13 | 04/27/21 | N / A | N / A |
| 21-50804-SCS | Marcos Isac Sierra Oseguera | 13 | 10/22/21 | N / A | N / A |
| 21-50895-SCS | Suzanne Renee Mullins | 13 | 12/03/21 | N / A | N / A |
| 21-50907-FJS | Miguel Angel Sosa Avila | 13 | 12/08/21 | N / A | N / A |
| 21-70140-FJS | Nicole Marie Landon | 13 | 01/21/21 | N / A | N / A |
| 21-70204-FJS | Craig Allen Breckenridge and Shannon Lee Breckenridge | 13 | 01/29/21 | N / A | N / A |
| 21-70357-FJS | Bryan Edward Begley | 13 | 02/19/21 | N / A | N / A |
| 21-70583-FJS | Christopher Connor and Melodi Connor | 13 | 03/22/21 | N / A | N / A |
| 21-70878-SCS | Carl Ronzell Peed | 13 | 04/26/21 | N / A | N / A |
| 21-70996-SCS | Linda Denise Beverly | 13 | 05/07/21 | N / A | N / A |
| 21-71229-SCS | Charmane Renee' Hackley | 13 | 06/14/21 | N / A | N / A |
| 21-71483-SCS | Ashley Brianna Walker | 13 | 07/23/21 | N / A | N / A |
| 21-71508-SCS | Clemetta Devonne Harrison | 13 | 07/28/21 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| [21-71647-SCS](#) | Vantilburg Greene and Hortense Madison Greene | 13 | 08/20/21 | N / A | N / A |
| [21-71733-FJS](#) | Anthony Lee Pyron and Trenia Renee Richards-Pyron | 13 | 09/08/21 | N / A | N / A |
| [21-71788-FJS](#) | Almondo A. Waters and Charlene Y. Waters | 13 | 09/15/21 | N / A | N / A |
| [21-71911-FJS](#) | James Clinton Hall, III and Diana Meeks Hall | 13 | 10/04/21 | N / A | N / A |
| [22-10069-KHK](#) | Nery E Zelaya Del Cid | 13 | 01/22/22 | N / A | N / A |
| [22-10511-BFK](#) | Walter Schatz, Jr. | 13 | 04/25/22 | N / A | N / A |
| [22-10820-BFK](#) | Sohail Naseer Channan | 13 | 06/27/22 | N / A | N / A |
| [22-11011-KHK](#) | Levert James | 13 | 08/02/22 | N / A | N / A |
| [22-11203-BFK](#) | Christina L. Pinero and Phillip J. Pinero | 13 | 09/09/22 | N / A | N / A |
| [22-11433-KHK](#) | Paul W. Nyberg | 13 | 10/25/22 | N / A | N / A |
| [22-11647-KHK](#) | Daniel A Nix and Kelly M Nix | 13 | 11/30/22 | N / A | N / A |
| [22-11665-KHK](#) | Daniel W. McMillen | 13 | 12/04/22 | N / A | N / A |
| [22-30095-FJS](#) | Chynna Tamar Bridges | 13 | 01/14/22 | N / A | N / A |
| [22-30116-FJS](#) | Lashaunde Davona Smith | 13 | 01/17/22 | N / A | N / A |
| [22-30178-KLP](#) | Ronald Jerome Hargrove and Tabatha Jean Hargrove | 13 | 01/24/22 | N / A | N / A |
| [22-30421-BFK](#) | Kimberly Patrice Cheatham | 13 | 02/21/22 | N / A | N / A |
| [22-30802-KHK](#) | Annie Howell Caldwell | 13 | 03/29/22 | N / A | N / A |
| [22-30932-FJS](#) | Jose R. Guevara and Leda Maria Guevara | 13 | 04/11/22 | N / A | N / A |
| [22-30993-KHK](#) | Michael G. Johnson, Sr. and Margaret Hence-Johnson | 13 | 04/15/22 | N / A | N / A |
| [22-31003-KLP](#) | Carlton L. Brown and Elsa A. Brown | 13 | 04/17/22 | N / A | N / A |
| [22-31007-KLP](#) | Kenneth Andrew Brown, Jr. | 13 | 04/18/22 | N / A | N / A |
| [22-31124-BFK](#) | Robin Hodge Berry | 13 | 04/28/22 | N / A | N / A |

| 22-31171-KLP | Corey Ray Jackson | 13 | 05/02/22 | N / A | N / A |
|---|---|---|---|---|---|
| 22-31190-KLP | Joey Ellis | 13 | 05/04/22 | N / A | N / A |
| 22-31233-KLP | Edward Lee Madison, II and Angela Stroud Madison | 13 | 05/10/22 | N / A | N / A |
| 22-31427-FJS | Tamara Sheree Harris | 13 | 05/27/22 | N / A | N / A |
| 22-31461-KHK | Tyanna Nichole Chandler | 13 | 06/01/22 | N / A | N / A |
| 22-31535-KLP | Larry Donal Epps | 13 | 06/09/22 | N / A | N / A |
| 22-31591-KLP | Wanda Ann Reynolds | 13 | 06/15/22 | N / A | N / A |
| 22-31638-KHK | Charlette Walker Blackwell | 13 | 06/20/22 | N / A | N / A |
| 22-31640-KLP | Michael Alan Czerwik | 13 | 06/20/22 | N / A | N / A |
| 22-31861-FJS | Dennis Alexander White and Dorothy Jane White | 13 | 07/12/22 | N / A | N / A |
| 22-32012-FJS | Britney Nicole Williams | 13 | 07/26/22 | N / A | N / A |
| 22-32025-KLP | Laurence White Wilson, III and Sheila Gilmore Wilson | 13 | 07/27/22 | N / A | N / A |
| 22-32179-KLP | Joseph Nelson | 13 | 08/09/22 | N / A | N / A |
| 22-32392-BFK | Todd D. Norris | 13 | 08/31/22 | N / A | N / A |
| 22-32508-KLP | Brenda Diane Green | 13 | 09/12/22 | N / A | N / A |
| 22-32591-KLP | Melissa Faison Gentry | 13 | 09/19/22 | N / A | N / A |
| 22-32617-KHK | Pamela Denise Cooper | 13 | 09/20/22 | N / A | N / A |
| 22-32646-BFK | Willie Bradford Dickerson | 13 | 09/22/22 | N / A | N / A |
| 22-32751-BFK | John Roger Coles, II | 13 | 09/30/22 | N / A | N / A |
| 22-32793-FJS | Christopher Kevin Luck and Carrie Carter Luck | 13 | 10/05/22 | N / A | N / A |
| 22-32810-FJS | Valencia Petrina Townsend | 13 | 10/06/22 | N / A | N / A |
| 22-32878-KLP | Owen Johnson Parrish, Jr. and Jessica Anne Scot Parrish | 13 | 10/11/22 | N / A | N / A |
| 22-32937-FJS | Marlo Janette Griffin | 13 | 10/16/22 | N / A | N / A |
| 22-33013-KLP | Ronald Kay Smith | 13 | 10/21/22 | N / A | N / A |
| 22-33127-KLP | Latisha Delise James | 13 | 11/02/22 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| [22-33228-KHK](#) | Tomeka Lowanda Jackson | 13 | 11/11/22 | N / A | N / A |
| [22-33291-KLP](#) | Lenzy Tyrone Tillman and Delores Tillman | 13 | 11/17/22 | N / A | N / A |
| [22-33293-KLP](#) | Danny Luther Creech, Jr. | 13 | 11/17/22 | N / A | N / A |
| [22-33456-KLP](#) | Walter Joseph Reynolds, Jr | 13 | 12/06/22 | N / A | N / A |
| [22-33574-BFK](#) | Andre Costello Williams | 13 | 12/16/22 | N / A | N / A |
| [22-33592-KLP](#) | James Matthew Creasey | 13 | 12/20/22 | N / A | N / A |
| [22-33685-BFK](#) | Tyson Lama Mason, Sr. | 13 | 12/30/22 | N / A | N / A |
| [22-50089-FJS](#) | Elisa Denise Mings | 13 | 02/16/22 | N / A | N / A |
| [22-50095-FJS](#) | Johnny Oliver Stallings, Sr. | 13 | 02/18/22 | N / A | N / A |
| [22-50280-SCS](#) | Deborah Lovelace Wright | 13 | 04/27/22 | N / A | N / A |
| [22-50283-FJS](#) | Michael Anthony Wade | 13 | 04/28/22 | N / A | N / A |
| [22-50415-SCS](#) | Henry Harold Pittman | 7 | 07/05/22 | N / A | N / A |
| [22-50500-SCS](#) | Rebecca Aimee Duncan | 13 | 08/09/22 | N / A | N / A |
| [22-50754-SCS](#) | Jason Edward Pickens and Jerri Beth Pickens | 13 | 11/16/22 | N / A | N / A |
| [22-50774-FJS](#) | George Herman Turner, Jr. | 13 | 11/21/22 | N / A | N / A |
| [22-50816-SCS](#) | Sandra Lynn Holsten | 13 | 12/08/22 | N / A | N / A |
| [22-70060-SCS](#) | Shelia Gordon Burton | 13 | 01/14/22 | N / A | N / A |
| [22-70687-FJS](#) | Sharon Louise Dennis | 13 | 04/25/22 | N / A | N / A |
| [22-70931-SCS](#) | Prince Albert Conley and Beverly Maria Conley | 13 | 06/06/22 | N / A | N / A |
| [22-71152-FJS](#) | Holly Virginia Miles | 13 | 07/11/22 | N / A | N / A |
| [22-71210-SCS](#) | Lisa Michelle Karo | 13 | 07/20/22 | N / A | N / A |
| [22-71352-SCS](#) | Johanna T. Morse | 13 | 08/10/22 | N / A | N / A |
| [22-71387-FJS](#) | Mark Ladell Pollard and Monique J Claude-Pollard | 13 | 08/17/22 | N / A | N / A |
| [22-71432-SCS](#) | Tyler J. Smith and Ashley H. Smith | 13 | 08/23/22 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| [22-71445-FJS](#) | Gwendolyn Wiggins Allen | 13 | 08/24/22 | N / A | N / A |
| [22-71604-SCS](#) | Daniel Espinoza | 13 | 09/22/22 | N / A | N / A |
| [22-71689-SCS](#) | Krystal Rainell Wingate | 13 | 10/10/22 | N / A | N / A |
| [22-71737-SCS](#) | Tracey Monique Felton | 13 | 10/17/22 | N / A | N / A |
| [22-71774-SCS](#) | James Harry Wright, Jr. and Carol Stevenson Wright | 13 | 10/21/22 | N / A | N / A |
| [22-71792-SCS](#) | Tonnica Nynette Armstrong | 13 | 10/25/22 | N / A | N / A |
| [22-71888-FJS](#) | Richard Lagrone Simons | 13 | 11/09/22 | N / A | N / A |
| [22-71952-SCS](#) | Anna Swanson Quarterman | 13 | 11/18/22 | N / A | N / A |
| [22-71953-SCS](#) | Ihab Saad Moustafa | 13 | 11/18/22 | N / A | N / A |
| [22-72038-FJS](#) | Vinson Edward Mears and Annie Wyatt Mears | 13 | 12/05/22 | N / A | N / A |
| [22-72050-FJS](#) | James William Bryant | 13 | 12/07/22 | N / A | N / A |
| [23-10072-KHK](#) | Janie Maria Cole | 13 | 01/13/23 | N / A | N / A |
| [23-10087-BFK](#) | Jose Alejandro Delcid | 13 | 01/18/23 | N / A | N / A |
| [23-10113-BFK](#) | Ana Lissett Mann | 13 | 01/20/23 | N / A | N / A |
| [23-10226-KHK](#) | Rosina Naa Karley Quarcoo | 13 | 02/13/23 | N / A | N / A |
| [23-10301-BFK](#) | Maxine E Commock | 13 | 02/28/23 | N / A | N / A |
| [23-10615-BFK](#) | Richard C. Boykin | 13 | 04/13/23 | N / A | N / A |
| [23-10753-BFK](#) | Richard Edward Turnbow and Linda Renken Turnbow | 13 | 05/05/23 | N / A | N / A |
| [23-10776-BFK](#) | Darling Y. Perez Rauda | 13 | 05/08/23 | N / A | N / A |
| [23-10786-BFK](#) | Wondim Agegnehu Kurabatchew | 13 | 05/10/23 | N / A | N / A |
| [23-10792-BFK](#) | Aubrey Anne McNiff and Christian Joseph McNiff | 13 | 05/11/23 | N / A | N / A |
| [23-10921-BFK](#) | Abdallah Alie Jaffa | 13 | 06/02/23 | N / A | N / A |
| [23-10939-KHK](#) | Yun-Ho Yoon and Jong Mi Lee | 13 | 06/06/23 | N / A | N / A |
| [23-11190-KHK](#) | Marcantonio W Barnes | 11 | 07/25/23 | N / A | N / A |
| [23-11276-KHK](#) | Raymond Lewis Conard | 13 | 08/08/23 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-11323-BFK | Karen Edwards Parquet and Tremayne Anthony Parquet | 13 | 08/19/23 | N / A | N / A |
| 23-11898-BFK | Jenny Rios-Houck | 13 | 11/20/23 | N / A | N / A |
| 23-11966-BFK | Emily A Stephens and Philip K Stephens, III | 13 | 11/30/23 | N / A | N / A |
| 23-12013-BFK | Steven Williams Baden | 13 | 12/10/23 | N / A | N / A |
| 23-30245-KLP | Jacob Parham and Dorothy Beatrice Parham | 13 | 01/26/23 | N / A | N / A |
| 23-30310-KLP | Jerome DeWayne Ashe | 13 | 01/31/23 | N / A | N / A |
| 23-30585-FJS | Mitchell L. Dennis, Sr. and Sherry C. Chambliss-Dennis | 13 | 02/21/23 | N / A | N / A |
| 23-30602-KHK | Lolita Denise Wiggins | 13 | 02/23/23 | N / A | N / A |
| 23-30619-KLP | Dominique Rowland | 13 | 02/24/23 | N / A | N / A |
| 23-30815-KLP | Melissa La Wanda Wyatt-Simmons | 13 | 03/10/23 | N / A | N / A |
| 23-30829-KLP | Kimberley Kaye Royal | 13 | 03/10/23 | N / A | N / A |
| 23-30841-KLP | Deanna Skinner and Ronald L Skinner | 13 | 03/10/23 | N / A | N / A |
| 23-30923-FJS | Forrest Ray Nance, Jr. and Victoria Odessa Nance | 13 | 03/17/23 | N / A | N / A |
| 23-31002-KLP | Justin Ryan Miles | 13 | 03/23/23 | N / A | N / A |
| 23-31013-KLP | Leonel Berrum Avilez | 13 | 03/24/23 | N / A | N / A |
| 23-31068-KLP | Morris Nathaniel Taylor, Sr. and Tonia Michelle Taylor | 13 | 03/29/23 | N / A | N / A |
| 23-31092-FJS | Mary Young Cook | 13 | 03/30/23 | N / A | N / A |
| 23-31112-KLP | Patricia Ann Daniel | 13 | 03/30/23 | N / A | N / A |
| 23-31324-KLP | Office Interiors of Virginia, Inc. | 11 | 04/16/23 | N / A | N / A |
| 23-31413-KLP | Sheranda Monique Loney | 13 | 04/23/23 | N / A | N / A |
| 23-31461-BFK | John W. Ferguson | 13 | 04/26/23 | N / A | N / A |
| 23-31853-KLP | Lutisha Lavette Leavy | 13 | 05/30/23 | N / A | N / A |
| 23-32130-FJS | Mark Anthony Johnson | 13 | 06/21/23 | N / A | N / A |
| 23-32179-KLP | Gail Loretta Oliver | 13 | 06/23/23 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| [23-32203-FJS](#) | Terri Lynne Barnes | 13 | 06/26/23 | N / A | N / A |
| [23-32250-KLP](#) | George Calvin Welsh | 13 | 06/30/23 | N / A | N / A |
| [23-32261-KLP](#) | Robert J Yarusinsky | 13 | 06/30/23 | N / A | N / A |
| [23-32394-KLP](#) | Liana Ophelia Lewis | 13 | 07/14/23 | N / A | N / A |
| [23-32428-KLP](#) | April Donnell Taylor | 13 | 07/17/23 | N / A | N / A |
| [23-32440-KLP](#) | Judith Gayle Jessie | 13 | 07/18/23 | N / A | N / A |
| [23-32507-FJS](#) | Angelyn Fowlkes Glasgow | 13 | 07/21/23 | N / A | N / A |
| [23-32558-KHK](#) | Quolaunda Christine Hargrove | 13 | 07/27/23 | N / A | N / A |
| [23-32590-FJS](#) | Latonya Latrice Peterson | 13 | 07/28/23 | N / A | N / A |
| [23-32620-FJS](#) | Janet Marie Morris | 13 | 07/31/23 | N / A | N / A |
| [23-32828-KLP](#) | Wendy Gayle Throckmorton | 13 | 08/18/23 | N / A | N / A |
| [23-32890-FJS](#) | Marcia Anita Rhodes | 13 | 08/24/23 | N / A | N / A |
| [23-32980-KLP](#) | Sherry T. Wilkinson | 13 | 08/31/23 | N / A | N / A |
| [23-33007-KLP](#) | Michael Jerome Motley, Sr. | 13 | 09/03/23 | N / A | N / A |
| [23-33019-KHK](#) | Rosalia Roane | 13 | 09/05/23 | N / A | N / A |
| [23-33057-KLP](#) | Julian Earl Miller, Jr. and Catherine Foutz Miller | 13 | 09/07/23 | N / A | N / A |
| [23-33082-FJS](#) | Gregory Paul Lewis and Armecia Greene Lewis | 13 | 09/08/23 | N / A | N / A |
| [23-33098-KLP](#) | Eva Rich Lucas | 13 | 09/11/23 | N / A | N / A |
| [23-33110-KHK](#) | Joseph Alfred Simmons, Jr. and Jessica Leigh Simmons | 13 | 09/12/23 | N / A | N / A |
| [23-33113-KHK](#) | Keith Bryant Watkins and Crystal Charlene Watkins | 13 | 09/12/23 | N / A | N / A |
| [23-33239-KHK](#) | Hanh M. Phan | 13 | 09/21/23 | N / A | N / A |
| [23-33250-FJS](#) | LaVelle Whitehead and Renita Whitehead | 13 | 09/22/23 | N / A | N / A |
| [23-33307-KLP](#) | Angela Annett Smith | 13 | 09/26/23 | N / A | N / A |
| [23-33325-BFK](#) | Carol Jones Whitlock | 13 | 09/27/23 | N / A | N / A |
| [23-33336-FJS](#) | Suzette Muriel Walker | 13 | 09/28/23 | N / A | N / A |

| 23-33403-KLP | Tarsharn Lynette Robertson | 13 | 10/02/23 | N / A | N / A |
| 23-33450-KLP | Marlo Lynn Fleming | 13 | 10/07/23 | N / A | N / A |
| 23-33507-BFK | Jan Bernice Wooten | 13 | 10/11/23 | N / A | N / A |
| 23-33538-BFK | Kimberly Janair Howell-Brooks | 13 | 10/13/23 | N / A | N / A |
| 23-33539-KLP | LaShawn Dabney | 13 | 10/13/23 | N / A | N / A |
| 23-33622-BFK | Rosalyn Colette Christian-Terry | 13 | 10/19/23 | N / A | N / A |
| 23-33627-KLP | Stephanie Elizabeth Brown | 13 | 10/20/23 | N / A | N / A |
| 23-33758-KLP | Henry Lee Mason, Jr and Teresa Michelle Mason | 13 | 10/31/23 | N / A | N / A |
| 23-33786-KHK | Sharon Smith Davis | 13 | 11/01/23 | N / A | N / A |
| 23-33825-KLP | Richard Lee Rawles | 13 | 11/03/23 | N / A | N / A |
| 23-33857-KHK | Heather Dawn Gibson | 13 | 11/07/23 | N / A | N / A |
| 23-33870-KLP | Pamela Necole Jasper | 13 | 11/07/23 | N / A | N / A |
| 23-33936-BFK | MIchael Andrew Dixon and Casey Lynn Dixon | 13 | 11/13/23 | N / A | N / A |
| 23-34028-KLP | Jesse Charles Bell, III and Megan Wazeka Bell | 13 | 11/21/23 | N / A | N / A |
| 23-34154-KLP | Robert Cunningham, Sr. | 13 | 12/04/23 | N / A | N / A |
| 23-34195-KLP | Mark S. Adams | 13 | 12/06/23 | N / A | N / A |
| 23-34221-BFK | Angela Denise Harkless | 13 | 12/08/23 | N / A | N / A |
| 23-34227-KHK | Lee Roy Jones, III | 13 | 12/08/23 | N / A | N / A |
| 23-34256-KLP | Marques Don Jones | 13 | 12/13/23 | N / A | N / A |
| 23-34273-KHK | Pamela Jean Miller | 13 | 12/14/23 | N / A | N / A |
| 23-34304-FJS | Michelle Patricia Manning | 13 | 12/15/23 | N / A | N / A |
| 23-34343-KHK | Kelvin Eugene White | 13 | 12/19/23 | N / A | N / A |
| 23-34394-KLP | Dominique McNeil | 13 | 12/22/23 | N / A | N / A |
| 23-34426-BFK | Regan W. Drew | 13 | 12/29/23 | N / A | N / A |
| 23-50059-FJS | John Omar Ruiz, Jr. | 13 | 01/27/23 | N / A | N / A |
| 23-50169-FJS | Robin Otelia Jones | 13 | 03/03/23 | N / A | N / A |
| 23-50225-FJS | Sherri Lynn Jackson | 13 | 03/22/23 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| [23-50237-SCS](#) | Saundra P. Green | 13 | 03/28/23 | N / A | N / A |
| [23-50316-FJS](#) | Robin Alicia Jones | 13 | 04/28/23 | N / A | N / A |
| [23-50367-FJS](#) | Sylvia Eviet Jordan | 13 | 05/17/23 | N / A | N / A |
| [23-50496-FJS](#) | Clyde D. Johnson | 13 | 07/13/23 | N / A | N / A |
| [23-50568-SCS](#) | Roy White and Cynthia White | 13 | 08/14/23 | N / A | N / A |
| [23-50578-FJS](#) | Jimmy Allen and Blossie Mae Massenburg | 13 | 08/17/23 | N / A | N / A |
| [23-50602-FJS](#) | Richard Victor Arms and Pamela Kaye Arms | 13 | 08/28/23 | N / A | N / A |
| [23-50628-SCS](#) | Zina Maria Taliaferro | 13 | 09/08/23 | N / A | N / A |
| [23-50770-SCS](#) | Lynnette Joan Cain | 13 | 10/27/23 | N / A | N / A |
| [23-50795-FJS](#) | Lorne Darnell Scott | 13 | 11/03/23 | N / A | N / A |
| [23-50908-SCS](#) | Michael Anthony McManus and Belinda McClendon-McManus | 13 | 12/13/23 | N / A | N / A |
| [23-70183-FJS](#) | Phyllis Marie Gower | 13 | 01/31/23 | N / A | N / A |
| [23-70198-FJS](#) | Brett Ashley Hall | 13 | 02/03/23 | N / A | N / A |
| [23-70352-SCS](#) | Joseph Ray Eldridge | 13 | 02/27/23 | N / A | N / A |
| [23-70453-FJS](#) | Brad A. West and Valerie L. West | 13 | 03/13/23 | N / A | N / A |
| [23-70531-FJS](#) | Wendy A Graefe | 13 | 03/23/23 | N / A | N / A |
| [23-70613-FJS](#) | Raymond Lee Neal, Jr. and Iwanda Yvette Neal | 13 | 03/31/23 | N / A | N / A |
| [23-70630-FJS](#) | Frank Daniel Clements and Elizabeth Ann Clements | 13 | 04/04/23 | N / A | N / A |
| [23-70687-FJS](#) | Paula Luanne Campbell | 13 | 04/13/23 | N / A | N / A |
| [23-70883-FJS](#) | Jacqueline Elaine Jackson | 13 | 05/05/23 | N / A | N / A |
| [23-70965-SCS](#) | Elizabeth Kaitlin Webb | 13 | 05/18/23 | N / A | N / A |
| [23-70999-SCS](#) | Clifton Russell Bell and Danielle Lynn Bell | 13 | 05/23/23 | N / A | N / A |
| [23-71109-SCS](#) | Irma Torres-Minney | 13 | 06/07/23 | N / A | N / A |
| [23-71249-SCS](#) | Jennifer Michelle Cofield | 13 | 06/30/23 | N / A | N / A |
| [23-71290-FJS](#) | Evelyn Virginia Blunt | 13 | 07/11/23 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 23-71393-SCS | Colette Boone Ruffin | 13 | 07/26/23 | N / A | N / A |
| 23-71682-SCS | Keita Trae Malloy | 13 | 09/11/23 | N / A | N / A |
| 23-71781-SCS | James Darren Fetty and Katherine Redd Fetty | 13 | 09/25/23 | N / A | N / A |
| 23-71908-SCS | Christine Stephanie Martinez | 13 | 10/13/23 | N / A | N / A |
| 23-72047-FJS | Rickkita Lamire Riddick | 13 | 10/31/23 | N / A | N / A |
| 23-72143-FJS | Theron Henry Blount, Sr. and Marion Edwards Blount | 13 | 11/14/23 | N / A | N / A |
| 23-72173-SCS | William Junior Artis | 13 | 11/17/23 | N / A | N / A |
| 23-72190-FJS | Carolyn Elaine Blanchard | 13 | 11/21/23 | N / A | N / A |
| 23-72279-SCS | Maggie Lynn Moore | 13 | 12/04/23 | N / A | N / A |
| 23-72347-FJS | Frank Kee, III and Armanda Diane Kee | 13 | 12/12/23 | N / A | N / A |
| 24-10101-BFK | Fabilo P Kakosso and Lindsay A Kakosso | 7 | 01/20/24 | N / A | N / A |
| 24-10282-KHK | Justin Wade O'Hara and Karla Lady O'Hara | 13 | 02/19/24 | N / A | N / A |
| 24-10375-BFK | Juan Diego Benitez | 13 | 03/01/24 | N / A | N / A |
| 24-10610-BFK | Denice M Childs | 7 | 03/29/24 | N / A | N / A |
| 24-10628-BFK | Kim L. Clarke | 13 | 04/02/24 | N / A | N / A |
| 24-10638-BFK | Nini Ngan Truong | 13 | 04/03/24 | N / A | N / A |
| 24-10766-KHK | Kimberly S Perry | 13 | 04/23/24 | N / A | N / A |
| 24-10861-BFK | Linda Denise Good | 13 | 05/07/24 | N / A | N / A |
| 24-10913-BFK | Steve Min Cho | 13 | 05/15/24 | N / A | N / A |
| 24-10934-KHK | Latoya A Butler | 13 | 05/17/24 | N / A | N / A |
| 24-10958-BFK | Valerie Lynn Cooley-Elliott | 13 | 05/21/24 | N / A | N / A |
| 24-11060-BFK | Martha Victoria Cossio | 13 | 06/08/24 | N / A | N / A |
| 24-11126-KHK | Gwendolyn April Lawson | 13 | 06/19/24 | N / A | N / A |
| 24-11298-KHK | Garrick Konrad Wimbush | 13 | 07/17/24 | N / A | N / A |
| 24-11327-KHK | Leah R. Billings | 13 | 07/23/24 | N / A | N / A |

| [24-11541-KHK](#) | Carlos J Martinez and Anna M Ennis-Martinez | 13 | 08/22/24 | N / A | N / A |
|---|---|---|---|---|---|
| [24-30096-BFK](#) | Debra Dianne Fortune | 13 | 01/11/24 | N / A | N / A |
| [24-30099-KLP](#) | Earl Junius Hicks | 13 | 01/11/24 | N / A | N / A |
| [24-30127-BFK](#) | Sean Todd Whybark and Kellie Ann Whybark | 13 | 01/12/24 | N / A | N / A |
| [24-30225-KLP](#) | Joshua Wayne Lanham and Magan Grace Lanham | 13 | 01/19/24 | N / A | N / A |
| [24-30253-FJS](#) | Genee Michelle Wilform | 13 | 01/23/24 | N / A | N / A |
| [24-30442-KLP](#) | Nakesha Lashonda Lamb | 13 | 02/06/24 | N / A | N / A |
| [24-30446-KLP](#) | Johnnie Paige | 13 | 02/06/24 | N / A | N / A |
| [24-30522-FJS](#) | Joseph Miles, Jr. and Clarissa Theresa Miles | 13 | 02/13/24 | N / A | N / A |
| [24-30673-KHK](#) | Charles Linwood Lawson, Sr. | 13 | 02/26/24 | N / A | N / A |
| [24-30787-FJS](#) | John Terence Crosby | 13 | 03/01/24 | N / A | N / A |
| [24-30901-KLP](#) | Michael Eugene Weeks and Betty Robinson Weeks | 13 | 03/08/24 | N / A | N / A |
| [24-30921-FJS](#) | Adalynn Marie Farley | 13 | 03/11/24 | N / A | N / A |
| [24-30960-KHK](#) | Percell Douglas Massenburg, Jr. and Bertha Ann Massenburg | 13 | 03/13/24 | N / A | N / A |
| [24-31085-FJS](#) | Ann M Olup | 13 | 03/21/24 | N / A | N / A |
| [24-31110-KLP](#) | Emmett Lloyd Griffin, Sr. and Vickie M Griffin | 13 | 03/22/24 | N / A | N / A |
| [24-31198-KLP](#) | Sarah Lynne Wright | 13 | 03/29/24 | N / A | N / A |
| [24-31303-BFK](#) | Valerie Elaine Hunter | 13 | 04/05/24 | N / A | N / A |
| [24-31304-KLP](#) | William Gregory Meredith and Barbara Ann Meredith | 13 | 04/05/24 | N / A | N / A |
| [24-31342-KLP](#) | Michael Dear Moody, Sr. | 13 | 04/09/24 | N / A | N / A |
| [24-31353-KLP](#) | Andy Joseph Costa and Amy Michelle Costa | 13 | 04/10/24 | N / A | N / A |
| [24-31355-FJS](#) | David Wesley Pearce | 13 | 04/10/24 | N / A | N / A |
| [24-31506-KLP](#) | Robin Vanessa Myrick | 13 | 04/18/24 | N / A | N / A |

| 24-31666-KLP | Sullivan and Jason Smith Sullivan | 13 | | 04/30/24 | N / A | N / A |
|---|---|---|---|---|---|---|
| 24-31696-FJS | Ruby Lee Wilson | 13 | | 05/01/24 | N / A | N / A |
| 24-31720-KLP | Daniel Cecil Scott | 13 | | 05/03/24 | N / A | N / A |
| 24-31721-KLP | Kenneth Jerry Hammitt and Cynthia Mae Hammitt | 13 | | 05/03/24 | N / A | N / A |
| 24-31735-BFK | Violet Mae Robinson | 13 | | 05/06/24 | N / A | N / A |
| 24-31800-BFK | Thomas Forster Cook | 13 | | 05/09/24 | N / A | N / A |
| 24-31812-KLP | Larry Wayne Scearce, Jr. and Robin Denise Scearce | 13 | | 05/10/24 | N / A | N / A |
| 24-31814-KLP | Sonya Y Edmonds | 13 | | 05/10/24 | N / A | N / A |
| 24-31821-KLP | Jamie Steger Mease | 13 | | 05/10/24 | N / A | N / A |
| 24-31832-KLP | Brenda Rushay Fulton | 13 | | 05/13/24 | N / A | N / A |
| 24-31949-BFK | Beonia Edwin Holloway, Jr. | 13 | | 05/22/24 | N / A | N / A |
| 24-31965-KLP | Stanley L. Tignor, Jr. and Robin L. Tignor | 13 | | 05/23/24 | N / A | N / A |
| 24-31974-KHK | Diamond Jones | 13 | | 05/23/24 | N / A | N / A |
| 24-32023-KHK | Justin Wayland Dingus and Kimberly Ann Weiler | 7 | | 05/30/24 | N / A | N / A |
| 24-32144-KHK | Diondra Lanette Lee-Cutler | 13 | | 06/06/24 | N / A | N / A |
| 24-32170-KLP | Rashida Asha Outlaw | 13 | | 06/07/24 | N / A | N / A |
| 24-32308-KLP | Calvin Edward Towles, Jr. | 13 | | 06/20/24 | N / A | N / A |
| 24-32476-FJS | Michael K Vasiloff and Kelly S Vasiloff | 13 | | 07/03/24 | N / A | N / A |
| 24-32510-KRH | Bettina Carleen Jordan | 13 | | 07/08/24 | N / A | N / A |
| 24-32516-KLP | Robert Conrad Wirth | 13 | | 07/08/24 | N / A | N / A |
| 24-32536-BFK | Randall W Calhoun | 13 | | 07/09/24 | N / A | N / A |
| 24-32793-KLP | Adrienne G Ballard and Byron M Ballard | 13 | | 07/29/24 | N / A | N / A |
| 24-32970-FJS | Angelo Devaughn Newman | 13 | | 08/09/24 | N / A | N / A |
| 24-33026-FJS | Corey Jamel Richardson | 13 | | 08/14/24 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-33147-KLP | Lora Patrina Days | 13 | 08/23/24 | N / A | N / A |
| 24-33518-FJS | Brandon Jones | 13 | 09/20/24 | N / A | N / A |
| 24-33797-KLP | Richard Perry, Jr. | 13 | 10/09/24 | N / A | N / A |
| 24-34049-FJS | Donica Manuel | 13 | 10/25/24 | N / A | N / A |
| 24-34130-KLP | Mechell Debra Martin | 13 | 10/31/24 | N / A | N / A |
| 24-34311-KLP | Stephanie Dianne Young | 13 | 11/13/24 | N / A | N / A |
| 24-34740-KLP | Dominic Eurasia Anderton and Maricha LaVohn Jordan Anderton | 13 | 12/16/24 | N / A | N / A |
| 24-34877-KLP | Vanessa Ann Lee Jones | 13 | 12/31/24 | N / A | N / A |
| 24-50005-FJS | Karen N. Davis | 13 | 01/02/24 | N / A | N / A |
| 24-50023-FJS | Lee Allan Thorne and Susan Renee Bryant | 13 | 01/11/24 | N / A | N / A |
| 24-50175-SCS | Vincent Edward Teel and Lavarr Vanessa Teel | 13 | 03/08/24 | N / A | N / A |
| 24-50320-FJS | Doris Jean Nelson | 13 | 04/30/24 | N / A | N / A |
| 24-50327-SCS | Paul Hansin and Kathy Horseman Hansin | 13 | 05/02/24 | N / A | N / A |
| 24-50471-FJS | Jared Brandon Detrick and Michelle Leigh Detrick | 13 | 06/27/24 | N / A | N / A |
| 24-70028-FJS | Renai Irene Jarosz | 13 | 01/08/24 | N / A | N / A |
| 24-70121-SCS | Mark Anthony Carney and Angela Miller Carney | 13 | 01/22/24 | N / A | N / A |
| 24-70181-FJS | Richard Harold Uglum | 13 | 01/30/24 | N / A | N / A |
| 24-70261-SCS | Harry Norman Coker | 13 | 02/08/24 | N / A | N / A |
| 24-70469-SCS | Constance Laqesha Greene | 13 | 03/07/24 | N / A | N / A |
| 24-70516-FJS | Altisha Meeshun Glover | 13 | 03/13/24 | N / A | N / A |
| 24-70607-FJS | Nick Brian Boyett and Tracey Michelle Boyett | 13 | 03/25/24 | N / A | N / A |
| 24-70640-SCS | Paul Hillsman Whitaker | 13 | 03/28/24 | N / A | N / A |
| 24-70645-FJS | Stephanie Pierce Alston | 13 | 03/28/24 | N / A | N / A |
| 24-70660-SCS | Shawn Gregory Burks | 13 | 03/29/24 | N / A | N / A |
| 24-70665-SCS | Victoria Walton Porter | 13 | 03/29/24 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 24-70698-FJS | Herman Lazion Mayfield, Jr. | 7 | 04/02/24 | N / A | N / A |
| 24-70769-SCS | Laura Jean Mackey | 13 | 04/10/24 | N / A | N / A |
| 24-70795-FJS | La-Kisha Branch | 13 | 04/15/24 | N / A | N / A |
| 24-70842-SCS | Sharon Denise Beale Heckstall | 13 | 04/22/24 | N / A | N / A |
| 24-70855-FJS | Janice Lawrence James | 13 | 04/23/24 | N / A | N / A |
| 24-70924-FJS | Gregory Lamont Bright and Julie Rosemarie Bright | 13 | 04/30/24 | N / A | N / A |
| 24-70996-FJS | Nancy Elaine Stark | 13 | 05/09/24 | N / A | N / A |
| 24-71231-FJS | Gary Andrew White | 13 | 06/06/24 | N / A | N / A |
| 24-71283-FJS | Kendrick Lamont Thompson | 13 | 06/14/24 | N / A | N / A |
| 24-71311-SCS | Nadine Rodriguez | 13 | 06/19/24 | N / A | N / A |
| 24-71511-SCS | Jeanette Van Tonder Humphries | 13 | 07/12/24 | N / A | N / A |
| 24-71528-FJS | Kenneth James Elliott, Jr. and Christina Lee Elliott | 13 | 07/16/24 | N / A | N / A |
| 24-71577-SCS | Chandler Lee Scarborough | 13 | 07/22/24 | N / A | N / A |
| 24-71719-SCS | Christopher Wayne Stratton and Mary Angela Stratton | 13 | 08/09/24 | N / A | N / A |
| 24-71779-SCS | Vandell McCoy Taylor and Sharnetta Sample Taylor | 13 | 08/19/24 | N / A | N / A |
| 24-72670-FJS | Dana Elyse Fitts | 13 | 12/16/24 | N / A | N / A |
| 25-11813-BFK | Joanne Sabel Turbe | 13 | 08/30/25 | N / A | N / A |
| 25-11849-BFK | Luz Armida Umanzor | 7 | 09/05/25 | N / A | N / A |
| 25-11944-KHK | Marlon Victorio Bachini | 13 | 09/22/25 | N / A | N / A |
| 25-12186-KHK | Larry Dean Nordseth | 13 | 10/22/25 | N / A | N / A |
| 25-12530-BFK | Gregory A McCaffrey | 13 | 12/01/25 | N / A | N / A |
| 25-12562-BFK | Richard Michalsky and Melisa Natali Davila | 13 | 12/05/25 | N / A | N / A |
| 25-30002-BFK | Shandra Jasper Lightfoot | 13 | 01/02/25 | N / A | N / A |
| 25-30274-BFK | Roselyn Charlene Ginn | 13 | 01/23/25 | N / A | N / A |

| 25-30387-KLP | Shelley Viola Greene | 13 | 01/31/25 | N / A | N / A |
| 25-30627-KLP | Joseph Allen Lamm, Jr. and Valencia Nicole Williams | 13 | 02/21/25 | N / A | N / A |
| 25-30981-BFK | Andre Jerome Foster and Odell McWilliams Foster | 13 | 03/14/25 | N / A | N / A |
| 25-31258-KLP | Brian James McGowan, II | 7 | 03/31/25 | N / A | N / A |
| 25-31396-KLP | Brian Michael Leys | 13 | 04/10/25 | N / A | N / A |
| 25-32880-KLP | Akiah Tyree Moore | 13 | 07/22/25 | N / A | N / A |
| 25-33347-BFK | Anekye Ifetayo Louis | 13 | 08/25/25 | N / A | N / A |
| 25-33358-KLP | Andirene Leah Banks-Coleman | 13 | 08/25/25 | N / A | N / A |
| 25-33565-KLP | Lucy Anne Chandler | 13 | 09/05/25 | N / A | N / A |
| 25-34031-KLP | Cheryl Mignon Wilson | 13 | 10/09/25 | N / A | N / A |
| 25-34732-KLP | Ketti Jo Turner | 13 | 11/25/25 | N / A | N / A |
| 25-35045-BFK | Christina Annette Hall | 13 | 12/18/25 | N / A | N / A |
| 25-50232-SCS | Linda D Johnson-Bartee | 13 | 03/18/25 | N / A | N / A |
| 25-50588-FJS | Charles Arthur Atchison | 13 | 07/02/25 | N / A | N / A |
| 25-51237-SCS | Bobby Atkinson | 7 | 12/23/25 | N / A | N / A |
| 25-70225-FJS | Fletcher Lee Reid and Tonia Lavette Reid | 13 | 01/31/25 | N / A | N / A |
| 25-70247-FJS | Douglas Lee Martin and Stephanie Ann Martin | 13 | 02/04/25 | N / A | N / A |
| 25-71816-FJS | Mark Edward Mateus and Brenda Lee Mateus Mateus | 13 | 08/04/25 | N / A | N / A |
| 25-72295-FJS | David Andrew Braxton | 13 | 09/29/25 | N / A | N / A |
| 25-72343-FJS | Tiffany Denise Seeger | 13 | 10/02/25 | N / A | N / A |
| 25-72352-FJS | Rodney Lee Livingston | 13 | 10/03/25 | N / A | N / A |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/09/2026 12:52:47 | | |
| **PACER Login:** | brandonrjordan | **Client Code:** |